**Summary Judgment Exhibit List**

1. Defendant Frank Spinosa's Answer to the Amended Complaint
2. Information in *United States of America v. Scott W. Rothstein*, United States District Court for the Southern District of Florida, Case Number 0:09-cr-60331-JIC
3. Rothstein Plea Agreement
4. Melvyn Klein April 1, 2011 Deposition Excerpts
5. Barrie Damson March 31, 2011 Deposition Excerpts
6. Scott Rothstein December 13, 2011 Deposition Excerpts, Razorback Litigation
7. Rothstein December 12, 2011 Deposition Excerpts, RRA Bankruptcy Litigation
8. Roseanne Caretsky May 19, 2010 Deposition Excerpts, Bankruptcy Litigation
9. Roseanne Caretsky July 19, 2011 Deposition Excerpts, Razorback Litigation
10. Roseanne Caretsky November 29, 2011 Trial Testimony Excerpts, Coquina Litigation
11. Wende Litterio November 28, 2011 Trial Testimony Excerpts, Coquina Litigation
12. Request for Admissions to Spinosa
13. Frank Spinosa September 16, 2014 Deposition Excerpts, SEC Litigation
14. Menachem Lifshitz March 27, 2012 Deposition Excerpts, Emess Litigation
15. Kathleen White April 7, 2011 Deposition Excerpts, Coquina Litigation
16. August 17, 2009 Lock Letter
17. August 25, 2009 Lock Letter
18. September 9, 2009 Lock Letter
19. September 16, 2009 Lock Letter
20. September 18, 2009 Lock Letter
21. September 18, 2009 Lock Letter
22. September 18, 2009 Lock Letter
23. September 24, 2009 Lock Letter
24. October 1, 2009 Lock Letter
25. October 15, 2009 Lock Letter
26. October 15, 2009 Lock Letter
27. Wende Litterio October 19, 2010 Deposition Excerpts, Razorback Litigation
28. 10/1/09 Email from Wende Litterio to Frank Spinosa re Rothstein Letter
29. Wende Litterio July 19, 2011 Deposition Excerpts, Razorback Litigation
30. Kathleen White December 1, 2011 Trial Testimony Excerpts, Coquina Litigation
31. Sandy Liebhard April 3, 2012 Deposition Excerpts, Emess Litigation
32. Scott Rothstein June 19, 2012 Deposition Excerpts, RRA Bankruptcy v Emess
33. Response to Request of Admissions
34. Rothstein December 13, 2011 Deposition Excerpt
35. August 17, 2009 email exchange with Rothstein and Spinosa
36. Caretsky Deposition Excerpts
37. Spinosa-Rothstein emails (Spinosa Deposition Exhibit 19, *SEC v. Spinosa*)
38. Spinosa-Rothstein email (Spinosa Deposition Exhibit 20, *SEC v. Spinosa*)
39. Spinosa Deposition Exhibit 22, *SEC v. Spinosa*
40. Spinosa email to Litterio (Exhibit 8 to Litterio Deposition, Exhibit 27 hereto)
41. Rothstein December 14 deposition
42. Mandel Declaration