# In The Matter Of:

## *RAZORBACK FUNDING, LLC*
### *v.*
## *SCOTT W. ROTHSTEIN, et al.*

---

## *CARETSKY, ROSANNE - Vol. 1*
### *July 19, 2011*

---

**MERRILL CORPORATION**
LegaLink, Inc.
225 Varick Street
10th Floor
New York, NY 10014
Phone: 212.557.7400
Fax: 212.692.9171



EXHIBIT 9

Page 218

```
 1      Q    What position was Frank Spinosa in October
 2   31st, 2007?
 3      A    The regional vice president of Broward
 4   County.
 5      Q    Do you know what type of goals the regional
 6   vice president had at that time?
 7           MR. GOLDSTEIN:  Objection.
 8           THE WITNESS:  No.
 9   BY MR. MOSKOWITZ:
10      Q    Do you know if John Tolomer and Scott
11   Rothstein were friends in October 31st, 2007?
12           MR. GOLDSTEIN:  Objection.
13           THE WITNESS:  I don't know that.
14   BY MR. MOSKOWITZ:
15      Q    Do you know how Scott Rothstein came to TD
16   Bank or Commerce Bank at the time?
17      A    I don't know that.
18           (Thereupon, a document was marked for
19   identification as Exhibit 3.)
20   BY MR. MOSKOWITZ:
21      Q    We've marked as Exhibit 3 TD Razor 6288.
22   It's an e-mail from Paolo Casabone to various
23   invitees including Rosanne Caretsky; do you see that?
24      A    Yes.
25      Q    It's dated October 31st, 2007.  It says
```