```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                    CASE NO. 10-60786-CIV-COOKE


COQUINA INVESTMENTS,

            Plaintiff,              November 28, 2011
    vs.                             Miami, Florida
                                    9:49 a.m.
SCOTT W. ROTHSTEIN and
T.D. BANK, N.A.,                    Volume VI
                                    Pages 1 - 249
            Defendants.



            TRANSCRIPT OF TRIAL PROCEEDINGS
        BEFORE THE HONORABLE MARCIA G. COOKE
             UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the Plaintiff:    NINA MANDEL, ESQ.
                      DAVID MANDEL, ESQ.
                      DAVID ROBBINS, ESQ.
                      CARMELLIA NORIEGA, ESQ.
                      Mandel & Mandel, LLP
                      1200 Alfred I. duPont Building
                      169 East Flagler Street
                      Miami, Florida   33131
                      305.374.7771


For Defendant TD Bank: MARK P. SCHNAPP, ESQ.
                       HOLLY R. SKOLNICK, ESQ.
                       GLENN GOLDSTEIN, ESQ.
                       DONNA M. EVANS, ESQ.
                       DANIELLE GARNO, ESQ.
                       CARL FORNARIS, ESQ.
                       Greenberg Traurig, LLP
                       333 Avenue of the Americas
                       Miami, Florida   33131
                       305.579.0541


                    NOVEMBER 28, 2011
```



EXHIBIT 11

```
 1   Reported By:         DIANE M. MILLER, RMR, CRR
                          Official United States Court Reporter
 2                        400 N. Miami Avenue, Room 11-2
                          Miami, Florida  33128
 3                        305.523.5152     (fax) 305.523.5159
                          diane_miller@flsd.uscourts.gov
 4

 5

 6                            I-N-D-E-X

 7   WITNESSES                                          PAGE

 8   MELVYN KLEIN
           Cross-Examination by Mr. Schnapp              34
 9         Redirect Examination by Mr. Mandel           122

10   KEVIN GILLEN
           Direct Examination by Ms. Mandel            139
11         Cross-Examination by Mr. Goldstein          153

12   WENDE LITTERIO
           Direct Examination by Ms. Mandel            155
13
```

NOVEMBER 28, 2011

1  A.  Yes.
2  Q.  So when did you start at Commerce Bank?
3  A.  I started at Commerce Bank in July of 2006.
4  Q.  Where had you worked before then?
5  A.  SunTrust Bank.
6  Q.  And how long were you there?
7  A.  I worked for SunTrust Bank for approximately 20 years.
8  Q.  And what was your ultimate position when you left SunTrust
9  Bank?
10 A.  When I left SunTrust Bank, I was in the business banking
11 department, in Fort Lauderdale.
12 Q.  Did you work with Frank Spinosa at that time?
13 A.  Yes, I did.
14 Q.  And did he recruit you to come to what was then Commerce
15 Bank?
16 A.  Yes.
17 Q.  Is it correct that originally he was the regional
18 vice-president for Broward and Palm Beach County?
19 A.  Yes.
20 Q.  And then did that change?
21 A.  It did change.  His position changed.  He was Broward and
22 just part of Palm Beach County.
23 Q.  What were your responsibilities as the -- his assistant?
24 A.  Several responsibilities, I would help calendar meetings,
25 I would assist customers with some of their account

```
 1  information, I would help the commercial team with financials,
 2  and getting documents set up in systems, and reports, and
 3  travel arrangements, expense reports, answering telephones.
 4  Q.  A lot of things?
 5  A.  Yes.
 6  Q.  When you say the "commercial team," who did that include?
 7  A.  At what time?
 8  Q.  Well, let's start in 2006.
 9  A.  Okay.  2006, it was Frank Spinosa, and I think there was
10  a -- there may have been a business banker, small business
11  banker and myself.
12  Q.  And then, over the next three years, did that group
13  change?
14  A.  It grew, it changed.  We added some business -- some
15  commercial lenders, there was some -- there was a commercial
16  lender, Michael Ansonia [phonetic] was the commercial lender;
17  we also had a portfolio manager, and another business banker
18  may have come in, maybe Carl Worline [phonetic].
19  Q.  What did you understand during that time that Frank
20  Spinosa's responsibilities were?
21  A.  Which time?
22  Q.  Well, let's start in 2006, as the regional vice-president
23  for Broward and Palm Beach County, what were his
24  responsibilities?
25  A.  He was -- my understanding was, he was the head of the
```

NOVEMBER 28, 2011

Gillen - Cross

1  commercial development and also retail, at that time, retail
2  meaning branch.
3  Q.  So he had direct communication or contact with the
4  branches, is that right?
5  A.  Yes.
6  Q.  And did his responsibilities change over time?
7  A.  Yes.
8  Q.  What was the transition?
9  A.  Eventually, he was primarily over commercial only and not
10 directly over the branch, and his territory changed from not
11 just Broward and all of Palm Beach but just Broward and just a
12 couple of branches in the south Palm Beach area.
13 Q.  And who did Frank Spinosa report to at the bank, when you
14 both started in 2006?
15 A.  John Tolomer.
16 Q.  What was his position, at that time?
17 A.  He was the Florida market president.
18 Q.  Did you arrange meetings for Frank Spinosa, with John
19 Tolomer?  Or did they arrange them themselves?
20 A.  Between the two of them?
21 Q.  Yes.
22 A.  I may have, I don't remember if I did any direct.
23 Q.  What other types of meetings did you calendar, did you
24 schedule for Mr. Spinosa?
25 A.  I was -- calendar our team meetings if our team was going

| | |
|---|---|
| 1 | Q. What does that mean? |
| 2 | A. A "relationship manager" is a person who handles an entire |
| 3 | relationship for a client. They're the go-to person for the |
| 4 | client. |
| 5 | Q. And was Frank Spinosa the relationship manager for the RRA |
| 6 | accounts? |
| 7 | A. Yes. |
| 8 | Q. What did you understand his responsibilities for, |
| 9 | specifically for RRA? |
| 10 | A. He was the person that was the main contact or one of the |
| 11 | main contacts for the accounts. |
| 12 | Q. Were there records in the bank indicating that connection? |
| 13 | Was there some sort of documentation that exists to show the |
| 14 | relationship manager? |
| 15 | A. Normally, in the system, it would show an assignment |
| 16 | initial that would indicate who the relationship manager was, |
| 17 | if there was a relationship manager. |
| 18 | Q. Do you recall contacting the credit file team regarding -- |
| 19 | confirming, rather, that Frank Spinosa was the relationship |
| 20 | manager for certain RRA or Rothstein Rosenfeldt Adler |
| 21 | accounts? |
| 22 | A. I don't recall. |
| 23 | Q. Okay. |
| 24 | MS. MANDEL: I'm going to show the witness a new |
| 25 | exhibit, Your Honor. |

NOVEMBER 28, 2011

```
 1        MS. MANDEL:  Yes, Your Honor, just for purposes of
 2   this witness, at this point, I would request --
 3        THE COURT:  I'll allow pages 1 and 2, but not 3.
 4        MS. MANDEL:  Thank you, Your Honor.
 5        MR. GOLDSTEIN:  Thank you, Your Honor.
 6     (Proceedings in open court.)
 7        THE COURT:  Pages 1 and 2 will be used as an exhibit
 8   at this time, I'm reserving ruling on page 3.
 9        MS. MANDEL:  Thank you, Your Honor.
10   BY MS. MANDEL:
11   Q.  So Ms. Litterio, this is an email again, that Frank
12   forwarded to you, it says on October 1, 2009, and there's an
13   attachment that's listed there, and Frank says to you, "need
14   one more, please," what did you understand he was saying to
15   you by that message?
16   A.  Need one more letter.
17   Q.  Uh-huh.  So attached to that, or the bottom half of the
18   page shows the email from Rothstein to Frank Spinosa, that's
19   forwarded to you, do you see that?
20   A.  Yes.
21   Q.  Okay.  And that's dated September 30, 2009, at 8:22 p.m.,
22   and Rothstein says to Frank Spinosa, "okay, buddy, drink some
23   coffee, et cetera.  Use the letter attached, same thing you
24   have been using, with the following changes.  Go slow."  Did
25   you discuss that particular reference with Frank Spinosa at
```

1  any time?
2  A.  No.
3  Q.  And then below that, it shows, "Ray, RE:  Account," and
4  then account number; "Dear Mr. Rothstein, pursuant to your
5  written instructions to us of September 30, 2009," I'm not
6  going to read the whole text there, do you recall that --
7  receiving that email?
8  A.  Yes.
9  Q.  And what did you do when you received that?
10 A.  I copy and paste the information from the email into a
11 letter.
12         MS. MANDEL:  Your Honor, may I approach the witness?
13         THE COURT:  You may.
14 BY MS. MANDEL:
15 Q.  I'm showing you what's marked at the bottom with an
16 Exhibit C sticker on it, it's a letter dated October 1, 2009,
17 do you recognize that?
18 A.  It looks like one of the letters.  It could be one of the
19 letters, yes.
20 Q.  When you type a letter or cut and paste the text on to
21 letterhead, then what did you do?
22 A.  I would print it out and give it back to Frank.
23 Q.  And when you gave it to Frank Spinosa, what happened after
24 that?
25 A.  I believe he would scan it, and email it, I'm not sure

```
 1  exactly what he did.
 2  Q.  But he would sign it, is that right?
 3  A.  Yes.
 4  Q.  Does that look like his signature on this copy?
 5  A.  It could be his signature, I'm not an expert, but it could
 6  be.
 7  Q.  Okay, did you keep any of the letters in your office or
 8  did he keep -- I'm sorry, strike that.
 9          Did you keep any of the letters in your office, at
10  your desk?
11  A.  The letters that I had were kept at my desk.
12  Q.  Okay.  And did Frank Spinosa keep other letters in his
13  office?
14  A.  Not that I'm aware of.
15  Q.  Where did you keep them at your desk?
16  A.  They were just in a drawer next to me.
17  Q.  Why did you keep them?
18  A.  Normal course of business.
19  Q.  Did Frank Spinosa ask you for the letters, at any time?
20  A.  He called me one day and had asked for them.
21  Q.  But just that one time at the end, is that right?
22  A.  Yes.
23  Q.  Not on a regular basis?
24          THE COURT:  Mr. Goldstein.
25          MR. GOLDSTEIN:  I would ask that Ms. Mandel go back
```

NOVEMBER 28, 2011

Gillen - Cross

```
1   Q.  How many letters did you prepare for Mr. Spinosa?
2   A.  I'm not exactly sure, five, maybe.
3   Q.  Okay.  And you kept them in your desk, you mentioned that?
4   A.  Yes.
5   Q.  Where in your desk specifically did you keep them?
6   A.  Just in a drawer, next to me.
7   Q.  I'm sorry?
8   A.  Just in a drawer next to me.
9           MS. MANDEL:  Your Honor, I'm going to turn to a new
10  exhibit, please.
11          Your Honor, if we could turn off the jury monitors
12  off, please.
13          THE COURT:  Jury monitor's off.
14          MS. MANDEL:  Thank you.
15  BY MS. MANDEL:
16  Q.  Ms. Litterio, this is another email from Scott Rothstein
17  to Frank Spinosa, that's forwarded to you on the same day,
18  October 15, 2009, do you recognize that?
19  A.  It looks like one of the emails that have been sent.
20  Q.  I'm sorry, go ahead.
21  A.  It's similar, I don't know the exact wording of all of the
22  emails that I received.
23  Q.  Okay.
24          MS. MANDEL:  Your Honor, I'd offer P895 at this time.
25          MR. GOLDSTEIN:  Your Honor, it'd be the same
```

NOVEMBER 28, 2011