```
From:        Frank A Spinosa <frank a spinosa>
To:          Mr. Scott Rothstein
             <srothstein@rra-law.com> <unknown.address@unknowncompany.com>
Cc:
Bcc:         LegatoBCC@yesbank.com
             <unknown.address@unknowncompany.com>
Subject:     Re: the letter
Date:        Thu Sep 17 2009 14:09:55 PDT
Attachments:
```

I think it was about 3 years ago I meet you and committed the best service you will ever have and that I would become your banker. We are well on our way. I am proud to know you and be there for you. Love ya.

----- Original Message -----
From: Scott Rothstein [srothstein@rra-law.com]
Sent: 09/17/2009 05:01 PM AST
To: Frank Spinosa
Subject: RE: the letter

Thanks so much Frank....U R DA MAN!!!!!!!!
IRS Circular 230 Disclosure: Please note that the views expressed herein or in any attachments hereto are not intended to constitute a "reliance opinion" under applicable Treasury Regulations, and accordingly are not intended or written to be used, and may not be used or relied upon, for the purpose of (i) avoiding tax-related penalties that may be imposed by the Internal Revenue Service, or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein. NOTICE: THE INFORMATION CONTAINED IN THIS TRANSMISSION IS ATTORNEY PRIVILEGED AND CONFIDENTIAL. IT IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPY OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE COLLECT AND DELETE THE MATERIAL FROM ANY COMPUTER. THANK YOU.

----- Original Message -----
From: Frank A Spinosa [mailto:Frank.Spinosa@yesbank.com]
Sent: Thursday, September 17, 2009 5:01 PM
To: Scott Rothstein
Subject: Re: the letter

Will be back in the office first thing tomorrow and will get it out to you.
Thanks for all you do.  Frank

----- Original Message -----
From: Scott Rothstein [srothstein@rra-law.com]
Sent: 09/17/2009 04:47 PM AST
To: Frank Spinosa
Subject: the letter
Hey frank,
Can you put this on your letterhead and sign and send it to me.



EXHIBIT 76

TD/Razor 000080

EXHIBIT 19
SPINOSA 9/26/11

CONFIDENTIAL TREATMENT REQUIRED UNDER FOIA

TD Bank SEC 047339

| | |
|---|---|
| From: | Frank A Spinosa <frank a spinosa> |
| Sent: | Thu Sep 24 2009 14:07:49 PDT |
| To: | Wende.Litterio@yesbank.com <unknown.address@unknowncompany.com> |
| CC: | |
| Subject: | Fw: more info |
| Attachments: | |
| Importance: | Normal |
| Priority: | Normal |
| Sensitivity: | None |

Frank Spinosa
TD Bank, America's Most Convenient Bank
Regional Vice President
5900 N. Andrews Avenue 2nd Floor
Ft. Lauderdale, Fl. 33309
954-233-2035 DIRECT
954-233-2037 FAX
954-673-3012 CELL


----- Forwarded by Frank A Spinosa/Commerce Bank on 09/24/2009 05:07 PM -----

Scott Rothstein <srothstein@rra-law.com> 09/24/2009 04:35 PM To "'Frank A Spinosa'" <Frank.Spinosa@yesbank.com> cc Subject more info


Letter should read…pursuant to instructions received from me on august, 17 2009…that's the date of the letter you signed.

Love ya

me


[IMAGE]

CONFIDENTIAL

EXHIBIT
P-80

TDBANK GEN 002663

IRS Circular 230 Disclosure: Please note that the views expressed herein or in any attachments hereto are not intended to constitute a "reliance opinion" under applicable Treasury Regulations, and accordingly are not intended or written to be used, and may not be used or relied upon, for the purpose of (i) avoiding tax-related penalties that may be imposed by the Internal Revenue Service, or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.

NOTICE: THE INFORMATION CONTAINED IN THIS TRANSMISSION IS ATTORNEY PRIVILEGED AND CONFIDENTIAL. IT IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPY OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE COLLECT AND DELETE THE MATERIAL FROM ANY COMPUTER. THANK YOU.

CONFIDENTIAL

TDBANK GEN 002664

```
From:         Frank A Spinosa <frank a spinosa>
To:           Scott Rothstein
              <srothstein@rra-law.com> <unknown.address@unknowncompany.com>
Cc:
Bcc:
Subject:      Fw: From TD Bank
Date:         Thu Oct 01 2009 06:05:56 PDT
Attachments:  SCAN9887_000.pdf
```

Dear Scott, please see attached letter. I along with Wende completed it very slowly and with great detail. Started at 6:30 :) How do I get on your calendar next week? Should I go through Irene? Thanks for everything. You are the BEST.

Big Dawg.

Frank Spinosa
TD Bank, America's Most Convenient Bank
Regional Vice President
5900 N. Andrews Avenue 2nd Floor
Ft. Lauderdale, FL 33309
954-233-2035 DIRECT
954-233-2037 FAX
954-673-3012 CELL

------ Forwarded by Frank A Spinosa/Commerce Bank on 10/01/2009 09:02 AM ------

SCANNER@YESBANK.COM  10/01/2009 05:12 AM  To Frank.Spinosa@yesbank.com cc  Subject From TD Bank

Please open the attached document from TD Bank

- SCAN9887_000.pdf

TD/EMESS 000121

EXHIBIT
14

CONFIDENTIAL TREATMENT REQUIRED UNDER FOIA        TD Bank SEC 047551

Thanks
Love ya
Me
Re: Account No. 6861255567

RRA SL2

Dear Mr. Rothstein,

Pursuant to your written instructions to us of August 25, 2009, please be advised that all funds contained in the above referenced account shall only be distributed upon your or Stuart Rosenfeldt's instructions and shall only be distributed to JP Morgan Chase, JPMCC, Account Number.                for further credit to the Ira Sochet Revocable Inter Vivos Trust, Account Number:

Your letter is understood not to convey ownership of the account or access to the account to any other party, but rather is meant to irrevocably restrict conveyances from this account to the Ira Sochet Revocable Inter Vivos Trust.

Sincerely,
You
Love ya
me
[IMAGE]

IRS Circular 230 Disclosure: Please note that the views expressed herein or in any attachments hereto are not intended to constitute a "reliance opinion" under applicable Treasury Regulations, and accordingly are not intended or written to be used, and may not be used or relied upon, for the purpose of (i) avoiding tax-related penalties that may be imposed by the Internal Revenue Service, or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.

NOTICE: THE INFORMATION CONTAINED IN THIS TRANSMISSION IS ATTORNEY PRIVILEGED AND CONFIDENTIAL. IT IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPY OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE COLLECT AND DELETE THE MATERIAL FROM ANY COMPUTER. THANK YOU.

(Embedded image moved to file: pic09905.jpg)

This message and any attachments may contain confidential or privileged information and are intended only for the use of the intended recipients of this message. If you are not the intended recipient of this message, please notify the sender by return email, and delete this and all copies of this message and any attachments from your system. Any unauthorized disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful.

TD/Razor 000081

CONFIDENTIAL TREATMENT REQUIRED UNDER FOIA                TD Bank SEC 047340

From: Frank A Spinosa <frank a spinosa>
To: Scott Rothstein <srothstein@rra-law.com> <unknown.address@unknowncompany.com>
Cc:
Bcc:
Subject: RE: From TD Bank
Date: Fri Sep 18 2009 05:57:23 PDT
Attachments:

Will do.

Frank Spinosa
TD Bank, America's Most Convenient Bank
Regional Vice President
5900 N. Andrews Avenue 2nd Floor
Ft. Lauderdale, FL 33309
954-233-2035 DIRECT
954-233-2037 FAX
954-673-3012 CELL


Scott Rothstein <srothstein@rra-law.com>  09/18/2009 08:56 AM  To "Frank A Spinosa" <Frank.Spinosa@yesbank.com> cc  Subject RE: From TD Bank

Thanks Frank.....can you do the exact same letter and scan it and send it to me for Ira's other account. This is of great help to me.
The only thing you need to change is the Re: portion of the letter. The remainder of the letter stays the same.
Just change the Re to
Re: RRA-IS 6861011556

Sincerely appreciated....
Love ya lots
Have an amazing weekend.
Scott

-----Original Message-----
From: Frank A Spinosa [mailto:Frank.Spinosa@yesbank.com]
Sent: Friday, September 18, 2009 8:30 AM
To: Scott Rothstein
Subject: Fw: From TD Bank

As requested my friend. Have a great weekend.


EXHIBIT 77

TD/Razor 001175

CONFIDENTIAL TREATMENT REQUIRED UNDER FOIA                    TD Bank SEC 047341

| | |
|---|---|
| From: | Frank A Spinosa <frank a spinosa> |
| Sent: | Thu Sep 24 2009 13:49:38 PDT |
| To: | Mr. Scott Rothstein <srothstein@rra-law.com> <unknown.address@unknowncompany.com> |
| CC: | |
| BCC: | LegatoBCC@yesbank.com <unknown.address@unknowncompany.com> |
| Subject: | Re: more info |
| Attachments: | |
| | |
| Importance: | Normal |
| Priority: | Normal |
| Sensitivity: | None |

Got it. I will scan it to you in the morning. Luv ya. Frank


----- Original Message -----
From: Scott Rothstein [srothstein@rra-law.com]
Sent: 09/24/2009 04:35 PM AST
To: Frank Spinosa
Subject: more info

Letter should read...pursuant to instructions received from me on august 17 2009...that's the date of the letter you signed.Love yame [IMAGE] IRS Circular 230 Disclosure: Please note that the views expressed herein or in any attachments hereto are not intended to constitute a "reliance opinion" under applicable Treasury Regulations, and accordingly are not intended or written to be used, and may not be used or relied upon, for the purpose of (i) avoiding tax-related penalties that may be imposed by the Internal Revenue Service, or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.NOTICE: THE INFORMATION CONTAINED IN THIS TRANSMISSION IS ATTORNEY PRIVILEGED AND CONFIDENTIAL. IT IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPY OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE COLLECT AND DELETE THE MATERIAL FROM ANY COMPUTER. THANK YOU.

CONFIDENTIAL

TDBANK GEN 002665