

Scott W. Rothstein
Chairman/CEO
Direct Dial: 954.316.7200
srothstein@rra-law.com

**Rothstein Rosenfeldt Adler**
Attorneys at Law

August 17, 2009

Frank Spinosa
TD Bank, America's Most Convenient Bank
Regional Vice President
5900 N. Andrews Avenue 2nd Floor
Ft. Lauderdale, Fl. 33309

Re:     Account number 6361011614
        RRA-Coquina 11 Trust Account

Dear Frank,

Please allow this letter to serve as a follow up to our conversation of this morning regarding irrevocably restricting the above account as follows:

Upon your receipt of this letter, all funds contained in the above account shall only be distributed upon my instructions and shall only be distributed to Coquina Investments, a Texas General Partnership at American Bank, Account number 410009989, 101 N. Shoreline, Suite 600, Corpus Christi, Texas 78401.

This letter is not meant to convey ownership of the account or access to the account to any other party but rather, is meant to irrevocably restrict conveyances from this account to Coquina Investments. As always, banking information regarding any RRA accounts with TD is restricted to the authorized members of my firm.

Thanks for your kind cooperation in this most urgent matter. As always, I remain,

Very truly yours,

Scott W. Rothstein, Esq.
Chairman/CEO
FOR THE FIRM

Agreed to this 17th day of August 2009.

By: Frank Spinosa, Regional Vice President

SWR:54
RAStaff/Nesita Diaz/SWR/ltr to frank spinosa td bank 8-17-09.doc

Ay Tec Las Olas City Centre • 401 East Las Olas Boulevard - Suite 1650 - Fort Lauderdale, Florida 33301 Telephone: (954) 522-3456 - Fax: (954)527-8663
BOCA RATON • FORT LAUDERDALE • MIAMI • NEW YORK CITY • TALLAHASSEE • WASHINGTON D.C. • WEST PALM BEACH

www.rra-law.com



EXHIBIT
3

Coquina 000802
CONFIDENTIAL

CONFIDENTIAL TREATMENT REQUIRED UNDER FOIA

TD Bank SEC 047531



**RRA**
*Rothstein Rosenfeldt Adler*
A t t o r n e y s   a t   L a w

Scott W. Rothstein
Chairman/CEO
Direct Dial: 954.316.7200
srothstein@rra-law.com

September 9, 2009

Frank Spinosa
TD Bank, America's Most Convenient Bank
Regional Vice President
5900 N. Andrews Avenue 2nd Floor
Fort Lauderdale, FL 33309

Re: Account number RRA - EC 6861011622
RRA-Emess Capital, LLC Trust Account

Dear Frank:

Please allow this letter to serve as a follow up to our conversation of this morning regarding irrevocably restricting the above account as follows:

Upon receipt of this letter, all funds contained in the above account shall only be distributed upon my instructions and shall only be distributed to Emess Capital, LLC Apple Bank for Savings, Branch 47, 4519 13 Avenue, Brooklyn, NY, 11219, account number 7470016812.

This letter is not meant to convey ownership of the account or access to the account to any other party but rather, is meant to irrevocably restrict conveyances from this account to Emess Capital, LLC. As always, banking information regarding RRA accounts with TD is restricted to the authorized members of my firm.

Thanks for your kind cooperation in this most urgent matter. As always, I remain,

Very truly yours,

Scott W. Rothstein, Esq.
Chairman/CEO
FOR THE FIRM

Agreed to this 9th day of September, 2009;

By: Frank Spinosa, Regional Vice President
S:WR/pdr/wvdoc\Addin\SWR\TDbank lo2.doc

Reply To: Las Olas City Centre • 401 East Las Olas Boulevard • Suite 1650 • Fort Lauderdale, Florida 33301 Telephone: (954) 522-3456 • Fax: (954) 527-8663
BOCA RATON - FORT LAUDERDALE - MIAMI - NEW YORK CITY - TALLAHASSEE - WASHINGTON D.C. - WEST PALM BEACH
www.rra-law.com

EXHIBIT
4

Emess 000652
CONFIDENTIAL

CONFIDENTIAL TREATMENT REQUIRED UNDER FOIA

TD Bank SEC 047532

From:        Frank A Spinosa <frank a spinosa>
To:          Scott Rothstein
             <srothstein@rra-law.com> <unknown.address@unknowncompany.com>
Cc:
Bcc:
Subject:     Fw: From TD Bank
Date:        Wed Sep 16 2009 11:17:27 PDT
Attachments: SCAN9749_000.pdf

Here you go. I will see you tomorrow at 1. Thanks, Frank

Frank Spinosa
TD Bank, America's Most Convenient Bank
Regional Vice President
5900 N. Andrews Avenue 2nd Floor
Ft Lauderdale, FL 33309
954-233-2035 DIRECT
954-233-2037 FAX
954-673-3012 CELL


—— Forwarded by Frank A Spinosa/Commerce Bank on 09/16/2009 02:16 PM ——

SCANNER@YESBANK.COM  09/16/2009 10:27 AM  To Frank.Spinosa@yesbank.com cc  Subject
From TD Bank

Please open the attached document from TD Bank

- SCAN9749_000.pdf

TD/ÆMESS 000131

EXHIBIT
5

CONFIDENTIAL TREATMENT REQUIRED UNDER FOIA

TD Bank SEC 047533

SCAN0749_000.pdf (Attachment 1 of 1)



Rothstein Rosenfeldt Adler
Attorneys at Law

Scott W. Rothstein
Chairman/CEO
Direct Dial: 954.315.7200
srothstein@rra-law.com

September 16, 2009

Frank Spinosa
TD Bank, America's Most Convenient Bank
Regional Vice President
5900 N. Andrews Avenue 2ⁿᵈ Floor
Fort Lauderdale, FL 33309

Re:    Account No. 6861255567
       RRA SL2

Dear Frank:

Please allow this letter to serve as a follow up to our conversation of this morning regarding irrevocably restricting the above account as follows:

Upon receipt of this letter, all funds contained in the above account shall only be distributed upon my or Stuart Rosenfeldt's instructions and shall only be distributed to JP Morgan Chase, JPMCC, Account No. _____ for further credit to the Ira Sochet Revocable Inter Vivos Trust, Account No. _____.

This letter is not meant to convey ownership of the account or access to the account to any other party but rather, is meant to irrevocably restrict conveyances from this account to RRA SL2. As always, banking information regarding RRA accounts with TD is restricted to the authorized members of my firm.

Thanks for your kind cooperation in this most urgent matter. As always, I remain,

Very truly yours,

Scott W. Rothstein, Esq.
Chairman/CEO
FOR THE FIRM

Agreed to this 16th day of September, 2009

By: Frank Spinosa, Regional Vice President

H:\...

Reply To: Las Olas City Centre · 401 East Las Olas Boulevard · Suite 1650 · Fort Lauderdale, Florida 33301 Telephone: (954) 522-3456 · Fax: (954)527-8663
BOCA RATON · FORT LAUDERDALE · MIAMI · NEW YORK CITY · TALLAHASSEE · WASHINGTON D.C. · WEST PALM BEACH
WWW.rra-law.com

TD/EMESS 000132

CONFIDENTIAL TREATMENT REQUIRED UNDER FOIA                    TD Bank SEC 047534

From:        Frank A Spinosa <frank a spinosa>
To:          Scott Rothstein
             <srothstein@rra-law.com> <unknown.address@unknowncompany.com>
Cc:
Bcc:
Subject:     Fw: From TD Bank
Date:        Wed Sep 16 2009 11:43:08 PDT
Attachments: SCAN9750_000.pdf

Here you go my friend. I think this means you owe me drinks at Bova's.


Frank Spinosa
TD Bank, America's Most Convenient Bank
Regional Vice President
5900 N. Andrews Avenue 2nd Floor
Ft. Lauderdale, FL 33309
954-233-2035 DIRECT
954-233-2037 FAX
954-673-3012 CELL


------ Forwarded by Frank A Spinosa/Commerce Bank on 09/16/2009 02:41 PM ------

SCANNER@YESBANK.COM  09/16/2009 10:52 AM  To Frank.Spinosa@yesbank.com cc  Subject
From TD Bank

Please open the attached document from TD Bank

- SCAN9750_000.pdf


TD/EMESS 000137

EXHIBIT
*b*

TD Bank SEC 047535

CONFIDENTIAL TREATMENT REQUIRED UNDER FOIA

SCAN0750_000.pdf (Attachment 1 of 1)



Rothstein Rosenfeldt Adler
Attorneys At Law

Scott W. Rothstein
Chairman/CEO
Direct Dial: 954.315.7200
srothstein@rra-law.com

September 16, 2009

Frank Spinosa
TD Bank, America's Most Convenient Bank
Regional Vice President
5900 N. Andrews Avenue 2nd Floor
Fort Lauderdale, FL 33309

Re:    Account No. 6861255567
       RRA SL2

Dear Frank:

Please allow this letter to serve as a follow up to our conversation of this morning regarding irrevocably restricting the above account as follows:

Upon receipt of this letter, all funds contained in the above account shall only be distributed upon my or Stuart Rosenfeldt's instructions and shall only be distributed to JP Morgan Chase, JPMCC, Account No. _____ for further credit to the Ira Sochet Revocable Inter Vivos Trust, Account No. _____

This letter is not meant to convey ownership of the account or access to the account to any other party but rather, is meant to irrevocably restrict conveyances from this account to the Ira Sochet Revocable Inter Vivos Trust. As always, banking information regarding RRA accounts with TD is restricted to the authorized members of my firm.

Thanks for your kind cooperation in this most urgent matter. As always, I remain,

Very Truly Yours,

Scott W. Rothstein, Esq.
Chairman/CEO
FOR THE FIRM

Agreed to this 16th day of September, 2009.

By: Frank Spinosa, Regional Vice President

Reply To: Las Olas City Centre · 401 East Las Olas Boulevard · Suite 1650 · Fort Lauderdale, Florida 33301 Telephone: (954) 522-3456 · Fax: (954)527-8663
BOCA RATON · FORT LAUDERDALE · MIAMI · NEW YORK CITY · TALLAHASSEE · WASHINGTON D.C. · WEST PALM BEACH
www.rra-law.com

TD/EMESS 000138

CONFIDENTIAL TREATMENT REQUIRED UNDER FOIA            TD Bank SEC 047536

| From: | Frank A Spinosa <frank a spinosa> |
|---|---|
| To: | Scott Rothstein |
| | <srothstein@rra-law.com> <unknown.address@unknowncompany.com> |
| Cc: | |
| Bcc: | |
| Subject: | Fw: From TD Bank |
| Date: | Fri Sep 18 2009 05:29:31 PDT |
| Attachments: | SCAN9767_000.pdf |

As requested my friend. Have a great weekend.

Frank Spinosa
TD Bank, America's Most Convenient Bank
Regional Vice President
5900 N. Andrews Avenue 2nd Floor
Ft. Lauderdale, FL 33309
954-233-2035 DIRECT
954-233-2037 FAX
954-673-3012 CELL

—— Forwarded by Frank A Spinosa/Commerce Bank on 09/18/2009 08:28 AM ——

SCANNER@YESBANK.COM 09/18/2009 04:39 AM To Frank.Spinosa@yesbank.com cc Subject
From TD Bank

Please open the attached document from TD Bank

- SCAN9767_000.pdf

TD/EMESS 000135

EXHIBIT
7

CONFIDENTIAL TREATMENT REQUIRED UNDER FOIA

TD Bank SEC 047537



SCAN9757_000.pdf (Attachment 1 of 1)

 **Bank**

America's Most Convenient Bank®

TD Bank, N.A.
5900 North Andrews Avenue
2nd Floor
Fort Lauderdale, FL 33309
TDBank.com

September 18, 2009

Rothstein, Rosenfeldt, Adler
Attorneys at Law
401 East Las Olas Blvd Ste 1650
Fort Lauderdale, FL 33301

Re: Account No. 6861255567
    RRA SL2

Dear Mr. Rothstein,

Pursuant to your written instructions to us of August 25, 2009, please
be advised that all funds contained in the above referenced account
shall only be distributed upon your or Stuart Rosenfeldts instructions
and shall only be distributed to JP Morgan Chase, JPMCC, Account Number
_____ for further credit to the Ira Sochet Revocable Inter Vivos
Trust, Account Number _____ .

Your letter is understood not to convey ownership of the account or
access to the account to any other party, but rather is meant to
irrevocably restrict conveyances from this account to the Ira Sochet
Revocable Inter Vivos Trust.

Sincerely,

Frank Spinosa
Regional Vice President
T: 954-233-2035   F: 954-233-2044
Frank.Spinosa@yesbank.com

TD/EMESS 000136

CONFIDENTIAL TREATMENT REQUIRED UNDER FOIA          TD Bank SEC 047538

From:       Frank A Spinosa <frank a spinosa>
To:         Scott Rothstein
            <srothstein@rra-law.com> <unknown.eddress@unknowncompany.com>
Cc:
Bcc:
Subject:    Fw: From TD Bank
Date:       Fri Sep 18 2009 06:04:09 PDT
Attachments: SCAN9768_000.pdf


Here you go. Thanks


Frank Spinosa
TD Bank, America's Most Convenient Bank
Regional Vice President
5900 N. Andrews Avenue 2nd Floor
Ft. Lauderdale, FL 33309
954-233-2035 DIRECT
954-233-2037 FAX
954-673-3012 CELL


----- Forwarded by Frank A Spinosa/Commerce Bank on 09/18/2009 09:03 AM -----


SCANNER@YESBANK.COM  09/18/2009 05:14 AM  To Frank.Spinosa@yesbank.com cc  Subject
From TD Bank


Please open the attached document from TD Bank

    - SCAN9768_000.pdf


TD/EMESS 000133

**EXHIBIT**

**8**

CONFIDENTIAL TREATMENT REQUIRED UNDER FOIA

TD Bank SEC 047539

SCAN9768_000.pdf (Attachment 1 of 1)

 **Bank**

America's Most Convenient Bank®

TD Bank, N.A.
5900 North Andrews Avenue
2nd Floor
Fort Lauderdale, FL 33309
TDBank.com

September 18, 2009


Rothstein, Rosenfeldt, Adler
Attorneys at Law
401 East Las Olas Blvd Ste 1650
Fort Lauderdale, FL   33301

Re: Account 8861011556
    RRA-IS

Dear Mr. Rothstein,

Pursuant to your written instructions to us of August 25, 2009, please
be advised that all funds contained in the above referenced account
shall only be distributed upon your or Stuart Rosenfeldts instructions
and shall only be distributed to JP Morgan Chase, JPMCC, Account Number
           for further credit to the Ira Sochet Revocable Inter Vivos
Trust, Account Number

Your letter is understood not to convey ownership of the account or
access to the account to any other party, but rather is meant to
irrevocably restrict conveyances from this account to the Ira Sochet
Revocable Inter Vivos Trust.

Sincerely,


Frank Spinosa
Regional Vice President
T: 954-233-2035  F: 954-233-2044
Frank.Spinosa@yesbank.com


TD/EMESS 000134

CONFIDENTIAL TREATMENT REQUIRED UNDER FOIA

TD Bank SEC 047540

From:       Frank A Spinosa <frank a spinosa>
To:         Scott Rothstein
            <srothstein@rra-law.com> <unknown.address@unknowncompany.com>
Cc:
Bcc:
Subject:    Fw: From TD Bank
Date:       Thu Sep 24 2009 05:23:17 PDT
Attachments: SCAN9824_000.pdf

Good morning Scott. Per your request. Please call me at your earliest convenience. Thanks for all you
do, Frank

Frank Spinosa
TD Bank, America's Most Convenient Bank
Regional Vice President
5900 N. Andrews Avenue 2nd Floor
Ft. Lauderdale, FL 33309
954-233-2035 DIRECT
954-233-2037 FAX
954-673-3012 CELL

—— Forwarded by Frank A Spinosa/Commerce Bank on 09/24/2009 08:21 AM ——

SCANNER@YESBANK.COM  09/24/2009 04:31 AM  To Frank.Spinosa@yesbank.com cc  Subject
From TD Bank

Please open the attached document from TD Bank

– SCAN9824_000.pdf

TD/EMESS 000129

EXHIBIT

9

CONFIDENTIAL TREATMENT REQUIRED UNDER FOIA

TD Bank SEC 047541

SCAN9824_000.pdf (Attachment 1 of 1)

 **Bank**

America's Most Convenient Bank®

TD Bank, N.A.
5900 North Andrews Avenue
2nd Floor
Fort Lauderdale, FL 33309
TDBank.com

September 24, 2009

Rothstein, Rosenfeldt, Adler
Attorneys at Law
401 East Las Olas Blvd Ste 1650
Fort Lauderdale, FL   33301

Re: Account 6861076922
    RRA-BIF

Dear Mr. Rothstein,

Pursuant to your written instructions to us of September 23, 2009,
please be advised that all funds contained in the above referenced
account shall only be distributed upon your or Stuart Rosenfeldts
instructions and shall only be distributed to *Shall only be disbursed
to Banyon Investment Fund, LP, Account number ·          ·  :·, at TD Bank,
routing number :·  ·   ·   .

Your letter is understood not to convey ownership of the account or
access to the account to any other party, but rather is meant to
irrevocably restrict conveyances from this account to the Ira Sochet
Revocable Inter Vivos Trust.

Sincerely,

Frank Spinosa
Regional Vice President
T: 954-233-2035  F: 954-233-2044
Frank.Spinosa@yesbank.com

TD/EMESS 000130

CONFIDENTIAL TREATMENT REQUIRED UNDER FOIA                    TD Bank SEC 047542

From:        Frank A Spinosa <frank a spinosa>
To:          Scott Rothstein
             <srothstein@rra-law.com> <unknown.address@unknowncompany.com>
Cc:
Bcc:
Subject:     Fw: From TD Bank
Date:        Thu Sep 24 2009 06:02:52 PDT
Attachments: SCAN9826_000.pdf


So..so...sorry brother. Luv ya.    Me


Frank Spinosa
TD Bank, America's Most Convenient Bank
Regional Vice President
5900 N. Andrews Avenue 2nd Floor
Ft. Lauderdale, Fl. 33309
954-233-2035 DIRECT
954-233-2037 FAX
954-673-3012 CELL


—— Forwarded by Frank A Spinosa/Commerce Bank on 09/24/2009 09:02 AM ——

SCANNER@YESBANK.COM  09/24/2009 05:12 AM  To Frank.Spinosa@yesbank.com cc  Subject
From TD Bank

Please open the attached document from TD Bank

  – SCAN9826_000.pdf


TD/EMESS 000125

EXHIBIT
10

CONFIDENTIAL TREATMENT REQUIRED UNDER FOIA

TD Bank SEC 047543

 SCAN9826_000.pdf (Attachment 1 of 1)

 **Bank**

America's Most Convenient Bank®

TD Bank, N.A.
5900 North Andrews Avenue
2nd Floor
Fort Lauderdale, FL 33309
TDBank.com

September 24, 2009

Rothstein, Rosenfeldt, Adler
Attorneys at Law
401 East Las Olas Blvd Ste 1650
Fort Lauderdale, FL   33301

Re: Account 6861076922
    RRA-BIF

Dear Mr. Rothstein,

Pursuant to your written instructions to us of September 23, 2009,
please be advised that all funds contained in the above referenced
account shall only be distributed upon your or Stuart Rosenfeldts
instructions and shall only be distributed to Banyon Investment Fund,
LP, Account number          , at TD Bank, routing number

Your letter is understood not to convey ownership of the account or
access to the account to any other party, but rather is meant to
irrevocably restrict conveyances from this account to the Ira Sochet
Revocable Inter Vivos Trust.

Sincerely,

Frank Spinosa
Regional Vice President
T: 954-233-2035  F: 954-233-2044
Frank.Spinosa@yesbank.com

TD/EMESS 000126

CONFIDENTIAL TREATMENT REQUIRED UNDER FOIA

TD Bank SEC 047544

| | |
|---|---|
| From: | Frank A Spinosa <frank a spinosa> |
| To: | Scott Rothstein |
| | <srothstein@rra-law.com> <unknown.address@unknowncompany.com> |
| Cc: | |
| Bcc: | |
| Subject: | Fw: From TD Bank |
| Date: | Thu Sep 24 2009 06:15:30 PDT |
| Attachments: | SCAN9827_000.pdf |

I'm changing the type of coffee I drink in the morning. Sorry for the confusion.

Frank Spinosa
TD Bank, America's Most Convenient Bank
Regional Vice President
5900 N. Andrews Avenue 2nd Floor
Ft. Lauderdale, Fl. 33309
954-233-2035 DIRECT
954-233-2037 FAX
954-673-3012 CELL

—— Forwarded by Frank A Spinosa/Commerce Bank on 09/24/2009 09:14 AM ——

SCANNER@YESBANK.COM  09/24/2009 05:24 AM  To Frank.Spinosa@yesbank.com cc  Subject
From TD Bank

Please open the attached document from TD Bank

- SCAN9827_000.pdf

TD/EMESS 000127

EXHIBIT

11

CONFIDENTIAL TREATMENT REQUIRED UNDER FOIA

TD Bank SEC 047545

SCAN8827_000.pdf (Attachment 1 of 1)



**Bank**

America's Most Convenient Bank®

TD Bank, N.A.
5900 North Andrews Avenue
2nd Floor
Fort Lauderdale, FL 33309
TDBank.com

September 24, 2009

Rothstein, Rosenfeldt, Adler
Attorneys at Law
401 East Las Olas Blvd Ste 1650
Fort Lauderdale, FL  33301

Re: Account 6861076923
    RRA-BIF

Dear Mr. Rothstein,

Pursuant to your written instructions to us of September 23, 2009,
please be advised that all funds contained in the above referenced
account shall only be distributed upon your or Stuart Rosenfeldts
instructions and shall only be distributed to Banyon Investment Fund,
LP, Account number           , at TD Bank, routing number

Your letter is understood not to convey ownership of the account or
access to the account to any other party, but rather is meant to
irrevocably restrict conveyances from this account to the Banyon
Investment Fund, LP account.

Sincerely,

Frank Spinosa
Regional Vice President
T: 954-233-2035   F: 954-233-2044
Frank.Spinosa@yesbank.com

TD/EMESS 000128

CONFIDENTIAL TREATMENT REQUIRED UNDER FOIA

TD Bank SEC 047546

From:       Frank A Spinosa <frank a spinosa>
To:         Scott Rothstein
            <srothstein@rra-law.com> <unknown.address@unknowncompany.com>
Cc:
Bcc:
Subject:    Letter
Date:       Fri Sep 25 2009 05:59:06 PDT
Attachments: SCAN9833_000.pdf

Good morning Scott. I believe this is correct. Let me know.  Had 2 cups of coffee before I sent it.

Frank Spinosa
TD Bank, America's Most Convenient Bank
Regional Vice President
5900 N. Andrews Avenue 2nd Floor
Ft. Lauderdale, FL 33309
954-233-2035 DIRECT
954-233-2037 FAX
954-673-3012 CELL

—— Forwarded by Frank A Spinosa/Commerce Bank on 09/25/2009 08:56 AM ——

Wende Litterio/Commerce Bank  09/25/2009 08:53 AM  To Frank.Spinosa@yesbank.com cc  Subject

Please open the attached document from TD Bank

 - SCAN9833_000.pdf

Wende Litterio
Senior Officer's Assistant
Broward Regional
TD Bank, America's Most Convenient Bank
5900 North Andrews Avenue 2nd Floor
Ft. Lauderdale,  FL   33309
954.233.2046 Direct
954.233.2044 Fax

TD/EMESS 000123

EXHIBIT
12

CONFIDENTIAL TREATMENT REQUIRED UNDER FOIA         TD Bank SEC 047547

SCAN3833_000.pdf (Attachment 1 of 1)



**Bank**

America's Most Convenient Bank®

TD Bank, N.A.
5900 North Andrews Avenue
2nd Floor
Fort Lauderdale, FL 33309
TDBank.com

September 18, 2009

Rothstein, Rosenfeldt, Adler
Attorneys at Law
401 East Las Olas Blvd Ste 1650
Fort Lauderdale, FL 33301

Re: Account Number 6861011614
RRA-Coquina Trust Account

Dear Mr. Rothstein,

Pursuant to your written instructions to us of August 17, 2009, please
be advised that all funds contained in the above referenced account
shall only be distributed upon your or Stuart Rosenfeldts instructions
and shall only be distributed to Coquina Investments, a Texas General
Partnership at American Bank, Account Number           , 101 N.
Shoreline, Suite 600, Corpus Christi, Texas 78401.

Your letter is understood not to convey ownership of the account or
access to the account to any other party, but rather, is meant to
restrict conveyances as follows: conveyances shall only be made from
the RRA account referenced above to the Coquina account at American
Bank.

Sincerely,

Frank Spinosa
Regional Vice President
T: 954-233-2035   F: 954-233-2044
Frank.Spinosa@yesbank.com

TD/EMESS 000124

CONFIDENTIAL TREATMENT REQUIRED UNDER FOIA          TD Bank SEC 047548

| | |
|---|---|
| From: | Scott Rothstein <srothstein@rra-law.com> |
| | <scott rothstein <srothstein@rra-law.com>> |
| To: | 'Frank A Spinosa'. |
| | <Frank.Spinosa@yesbank.com> |
| | <unknown.address@unknowncompany.com> |
| Cc: | Scott Rothstein |
| | <srothstein@rra-law.com> <unknown.address@unknowncompany.com> |
| Bcc: | |
| Subject: | SCAN9827_000 (2).pdf - Adobe Acrobat Professional |
| Date: | Wed Sep 30 2009 17:22:36 PDT |
| Attachments: | SCAN9827_000 (2).pdf |

ok buddy....drink some coffee...go slow...and type....hehehhehheh
use the letter attached....same thing you have been using....with the following changes.....go
slooooooow :-)in fact....i rewrote it for you because you R DA MAN :-) Re: Account 4245221356     RRA
-BUSVI Dear Mr. Rothstein, Pursuant to your written instructions to us of September 30, 2009, please
be advised that all funds contained in the above referenced account shall only be distributed upon
your or Stuart Rosenfeldts instructions and shall only be distributed to Banyon USVI (DEL), LLV, c/o
Razorback Funding, LLC, Debt & Equity Re-Payment Account TD Bank, NA, 319 Glen Head Road,
Old Brookville, NY. ABA                  , Account #                      Your letter is understood not to convey
ownership of the account or access to the account to any other party, but rather is meant to irrevocably
restrict conveyances as follows: conveyances shall only be made from the account referenced above
to the Banyon USVI account. Sincerely BIG DAWG
- SCAN9827_000 (2).pdf

TD/EMESS 000119

EXHIBIT
13

CONFIDENTIAL TREATMENT REQUIRED UNDER FOIA

TD Bank SEC 047549



 **Bank**

America's Most Convenient Bank®

TD Bank, N.A.
5900 North Andrews Avenue
2nd Floor
Fort Lauderdale, FL 33309
TDBank.com

September 24, 2009

Rothstein, Rosenfeldt, Adler
Attorneys at Law
401 East Las Olas Blvd Ste 1650
Fort Lauderdale, FL   33301

Re: Account 6861076922
     RRA-BIF

Dear Mr. Rothstein,

Pursuant to your written instructions to us of September 23, 2009,
please be advised that all funds contained in the above referenced
account shall only be distributed upon your or Stuart Rosenfeldts
instructions and shall only be distributed to Banyon Investment Fund,
LP, Account number                , at TD Bank, routing number              .

Your letter is understood not to convey ownership of the account or
access to the account to any other party, but rather is meant to
irrevocably restrict conveyances from this account to the Banyon
Investment Fund, LP account.

Sincerely,

Frank Spinosa
Regional Vice President
T: 954-233-2035  F: 954-233-2044
Frank.Spinosa@yesbank.com

TD/EMESS 000120

CONFIDENTIAL TREATMENT REQUIRED UNDER FOIA

TD Bank SEC 047550

From:       Frank A Spinosa <frank a spinosa>
To:         Scott Rothstein
            <srothstein@rra-law.com>, <unknown.address@unknowncompany.com>
Cc:
Bcc:
Subject:    Fw: From TD Bank
Date:       Thu Oct 01 2009 06:05:56 PDT
Attachments: SCAN9887_000.pdf

Dear Scott, please see attached letter. I along with Wende completed it very slowly and with great
detail. Started at 6:30 :) How do I get on your calendar next week? Should I go through Irene? Thanks
for everything. You are the BEST.

Big Dawg.


Frank Spinosa
TD Bank, America's Most Convenient Bank
Regional Vice President
5900 N. Andrews Avenue 2nd Floor
Ft. Lauderdale, FL 33309
954-233-2035 DIRECT
954-233-2037 FAX
954-673-3012 CELL



----- Forwarded by Frank A Spinosa/Commerce Bank on 10/01/2009 09:02 AM -----

SCANNER@YESBANK.COM 10/01/2009 05:12 AM To Frank.Spinosa@yesbank.com cc Subject
From TD Bank

Please open the attached document from TD Bank

- SCAN9887_000.pdf

TD/EMESS 000121

EXHIBIT
14

CONFIDENTIAL TREATMENT REQUIRED UNDER FOIA

TD Bank SEC 047551

SCAN9887_000.pdf (Attachment 1 of 1)

 **Bank**

America's Most Convenient Bank®

TD Bank, N.A.
5900 North Andrews Avenue
2nd Floor
Fort Lauderdale, FL 33309
TDBank.com

October 1, 2009

Rothstein, Rosenfeldt, Adler
Attorneys at Law
401 East Las Olas Blvd Ste 1650
Fort Lauderdale, FL   33301

Re: Account 4245221356
    RRA-BUSVI

Dear Mr. Rothstein,

Pursuant to your written instructions to us of September 30, 2009,
please be advised that all funds contained in the above referenced
account shall only be distributed upon your or Stuart Rosenfeldt's
instructions and shall only be distributed to Banyon USVI (DEL), LLV,
c/o Razorback Funding, LLC, Debt & Equity Re-Payment Account: TD Bank,
NA, 319 Glen Head Road, Old Brookville, NY, ABA:            , Account #

Your letter is understood not to convey ownership of the account or
access to the account to any other party, but rather is meant to
irrevocably restrict conveyances as follows: conveyances shall only be
made from the account referenced above to the Banyon USVI account.

Sincerely

Frank Spinosa
Regional Vice President
T: 954-233-2035   F: 954-233-2044
Frank.Spinosa@yesbank.com

TD/EMESS 000122

CONFIDENTIAL TREATMENT REQUIRED UNDER FOIA

TD Bank SEC 047552

From:       Frank A Spinosa <frank a spinosa>
To:         Scott Rothstein
            <srothstein@rra-law.com> <unknown.address@unknowncompany.com>
Cc:
Bcc:
Subject:    Fw: From TD Bank
Date:       Thu Oct 15 2009 05:17:53 PDT
Attachments:  SCAN9999_000.pdf

Here you go law dawg. First of 2

Frank Spinosa
TD Bank, America's Most Convenient Bank
Regional Vice President
5900 N. Andrews Avenue 2nd Floor
Ft. Lauderdale, Fl. 33309
954-233-2035 DIRECT
954-233-2037 FAX
954-673-3012 CELL

----- Forwarded by Frank A Spinosa/Commerce Bank on 10/15/2009 08:17 AM -----

SCANNER@YESBANK.COM  10/15/2009 04:26 AM  To Frank.Spinosa@yesbank.com  cc  Subject From TD Bank

Please open the attached document from TD Bank

- SCAN9999_000.pdf

TD/EMESS 000115

EXHIBIT
15

CONFIDENTIAL TREATMENT REQUIRED UNDER FOIA

TD Bank SEC 047553

SCAN9999_000.pdf (Attachment 1 of 1)

 **Bank**

America's Most Convenient Bank®

TD Bank, N.A.
5900 North Andrews Avenue
2nd Floor
Fort Lauderdale, FL 33309
TDBank.com

October 15, 2009

Rothstein, Rosenfeldt, Adler
Attorneys at Law
401 East Las Olas Blvd Ste 1650
Fort Lauderdale, FL 33301

Re: Account 4246051629
      RRA-D3

Dear Mr. Rothstein,

Pursuant to your written instructions to us of October 14, 2009, please
be advised that all funds contained in the above referenced account
shall only be distributed upon your or Stuart Rosenfeldt's instructions
and shall only be distributed to D3 Capital Club, LLC, 2833 NE 35th
Court, Fort Lauderdale, FL, 33308, TD Bank, NA, Account #: ~~~~~~~

Your letter is understood not to convey ownership of the account or
access to the account to any other party, but rather is meant to
irrevocably restrict conveyances as follows: conveyances shall only be
made from the account referenced above to the TD bank account #
~~~~~~~ belonging to D3 Capital Club, LLC.

Sincerely,

Frank Spinosa
Regional Vice President
T: 954-233-2035  F: 954-233-2044
Frank.Spinosa@yesbank.com

TD/EMESS 000116

CONFIDENTIAL TREATMENT REQUIRED UNDER FOIA

TD Bank SEC 047554

From:        Frank A Spinosa <frank a spinosa>
To:          Scott Rothstein
             <srothstein@rra-law.com> <unknown.address@unknowncompany.com>
Cc:
Bcc:
Subject:     Fw: From TD Bank
Date:        Thu Oct 15 2009 05:18:27 PDT
Attachments: SCAN0000_000.pdf

Number 2. Thanks, love ya

Frank Spinosa
TD Bank, America's Most Convenient Bank
Regional Vice President
5900 N. Andrews Avenue 2nd Floor
Ft. Lauderdale, FL 33309
954-233-2035 DIRECT
954-233-2037 FAX
954-673-3012 CELL

—— Forwarded by Frank A Spinosa/Commerce Bank on 10/15/2009 08:18 AM ——

SCANNER@YESBANK.COM  10/15/2009 04:26 AM  To Frank.Spinosa@yesbank.com cc  Subject
From TD Bank

Please open the attached document from TD Bank

– SCAN0000_000.pdf

TD/EMESS 000117

EXHIBIT
16

CONFIDENTIAL TREATMENT REQUIRED UNDER FOIA

TD Bank SEC 047555

SCAN0000_000.pdf (Attachment 1 of 1)

 **Bank**

America's Most Convenient Bank®

TD Bank, N.A.
5900 North Andrews Avenue
2nd Floor
Fort Lauderdale, FL 33309
TDBank.com

October 15, 2009

Rothstein, Rosenfeldt, Adler
Attorneys at Law
401 East Las Olas Blvd Ste 1650
Fort Lauderdale, FL 33301

Re: Account 4245220324
RRA-BFMC

Dear Mr. Rothstein,

Pursuant to your written instructions to us of October 14, 2009, please
be advised that all funds contained in the above referenced account
shall only be distributed upon your or Stuart Rosenfeldt's instructions
and shall only be distributed to BB&T (FKA: Colonial Bank), Pompano
Beach Branch #32083, (954) 943-6550, ABA#: . For further
credit to: BFMC Investment, LLC Account #

Your letter is understood not to convey ownership of the account or
access to the account to any other party, but rather is meant to
irrevocably restrict conveyances as follows: conveyances shall only be
made from the account referenced above to the BB&T (FKA: Colonial Bank)
account # belonging to BFMC Investment, LLC.

Sincerely,

Frank Spinosa
Regional Vice President
T: 954-233-2035  F: 954-233-2044
Frank.Spinosa@yesbank.com

TD/EMESS 000118

CONFIDENTIAL TREATMENT REQUIRED UNDER FOIA          TD Bank SEC 047556

```
CKDIAV
      VD                        CK DISPLAY AVAILABLE
                                                                    BANK 0136
   COUNT NUMBER 6860420923        BRANCH  0719  TYPE  0063 FL INTEREST CHECKING
TITLE          IOTA / ROTHSTEIN ROSENFELDT ADLER PA      STATUS  ACTIVE
DATE OPENED    07/02/08   LAST DEPOSIT DATE/AMOUNT  04/16/09    7,500,250.00

ENTER Y FOR DETAIL       CURRENT BALANCE                483,668,999.39
      ( N )                 TOTAL HOLDS                            .00
      ( N )                 TOTAL FLOAT                            .00
      ( N )                 CHECK CARD AUTHORIZATIONS              .00
      ( N )                 TODAY'S ACTIVITY                       .00
                           UNAVAILABLE CREDITS TODAY              .00
                           ACCRUED INTEREST                       .00
      ( N )                 NSF/OVERDRAFT ITEMS TODAY             .00
      ( N )                 UNPOSTED ITEMS TODAY                  .00
                           OVERDRAFT LIMIT                        .00
                           OD TRANSFER PROTECTION                 .00
                           MAINTAIN MIN BAL TRF PROTECTION        .00
                        AVAILABLE BALANCE FOR:
                           CHECK PAYMENT DECISIONS       483,668,999.39
                           CHECK CARD AUTHORIZATIONS              .00
( N ) ADD SPECIAL INSTRUCTIONS OR MEMO POST TRANSACTIONS
VIEW SPECIAL INSTRUCTIONS-REQUEST HOLDS DETAIL.  ALTERNATE ADDRESS IN USE.
USE CKCHAC AND CKSAIN TO VIEW STANDARDS FOR CALCULATING AVAILABLE BALANCE.
```

```
                        CHECK CARD AUTHORIZATIONS                .00
( N ) ADD SPECIAL INSTRUCTIONS OR MEMO POST TRANSACTIONS
VIEW SPECIAL INSTRUCTIONS-REQUEST HOLDS DETAIL.  ALTERNATE ADDRESS IN USE.
USE CKCHAC AND CKSAIN TO VIEW STANDARDS FOR CALCULATING AVAILABLE BALANCE.
```

```
CKDIAV                          CK DISPLAY AVAILABLE                    BANK 0136
      YD                                                                      )
   .OUNT NUMBER 6860420923        BRANCH  0719  TYPE  0063 FL INTEREST CHECKING
TITLE          IOTA / ROTHSTEIN ROSENFELDT ADLER PA       STATUS  ACTIVE
DATE OPENED    07/02/08   LAST DEPOSIT DATE/AMOUNT  04/16/09      7,500,250.00

ENTER Y FOR DETAIL        CURRENT BALANCE                   483,668,999.39
        ( N )                  TOTAL HOLDS                              .00
        ( N )                  TOTAL FLOAT                              .00
        ( N )                  CHECK CARD AUTHORIZATIONS                .00
        ( N )                  TODAY'S ACTIVITY                         .00
                               UNAVAILABLE CREDITS TODAY                .00
                               ACCRUED INTEREST                         .00
        ( N )                  NSF/OVERDRAFT ITEMS TODAY                .00
        ( N )                  UNPOSTED ITEMS TODAY                     .00
                               OVERDRAFT LIMIT                          .00
                               OD TRANSFER PROTECTION                   .00
                               MAINTAIN MIN BAL TRF PROTECTION          .00
                          AVAILABLE BALANCE FOR:
                               CHECK PAYMENT DECISIONS       483,668,999.39
                               CHECK CARD AUTHORIZATIONS                .00
( N ) ADD SPECIAL INSTRUCTIONS OR MEMO POST TRANSACTIONS
VIEW SPECIAL INSTRUCTIONS-REQUEST HOLDS DETAIL.  ALTERNATE ADDRESS IN USE.
USE CKCHAC AND CKSAIN TO VIEW STANDARDS FOR CALCULATING AVAILABLE BALANCE.
```

```
CKDIAV                      CK DISPLAY AVAILABLE                        BANK 0136
  WD                                                                           )
  COUNT NUMBER 6860755104        BRANCH  0719  TYPE  0063 FL INTEREST CHECKING
TITLE          IOTA / ROTHSTEIN ROSENFELDT ADLER PA        STATUS  ACTIVE
DATE OPENED    10/03/08    LAST DEPOSIT DATE/AMOUNT  04/16/09      1,208,200.00

ENTER Y FOR DETAIL        CURRENT BALANCE                      80,978,935.31
        ( N )              TOTAL HOLDS                                   .00
        ( N )              TOTAL FLOAT                                   .00
        ( N )              CHECK CARD AUTHORIZATIONS                     .00
        ( N )              TODAY'S ACTIVITY                              .00
                           UNAVAILABLE CREDITS TODAY                     .00
                           ACCRUED INTEREST                              .00
        ( N )              NSF/OVERDRAFT ITEMS TODAY                     .00
        ( N )              UNPOSTED ITEMS TODAY                          .00
                           OVERDRAFT LIMIT                               .00
                           OD TRANSFER PROTECTION                        .00
                           MAINTAIN MIN BAL TRF PROTECTION               .00
                       AVAILABLE BALANCE FOR:
                           CHECK PAYMENT DECISIONS             80,978,935.31
                           CHECK CARD AUTHORIZATIONS                     .00
 ( N ) ADD SPECIAL INSTRUCTIONS OR MEMO POST TRANSACTIONS
VIEW SPECIAL INSTRUCTIONS-REQUEST HOLDS DETAIL.  ALTERNATE ADDRESS IN USE.
USE CKCHAC AND CKSAIN TO VIEW STANDARDS FOR CALCULATING AVAILABLE BALANCE.
```

```
CKDIAV                          CK DISPLAY AVAILABLE                      BANK 0136
  FWD                                                                            )
  COUNT NUMBER 6860699146          BRANCH  0719  TYPE  0063 FL INTEREST CHECKING
TITLE           IOTA / ROTHSTEIN ROSENFELDT ADLER PA        STATUS  ACTIVE
DATE OPENED     10/03/08  LAST DEPOSIT DATE/AMOUNT  04/16/09      2,044,000.00

ENTER Y FOR DETAIL       CURRENT BALANCE                  136,122,322.87
        ( N )              TOTAL HOLDS                                 .00
        ( N )              TOTAL FLOAT                                 .00
        ( N )              CHECK CARD AUTHORIZATIONS                   .00
        ( N )              TODAY'S ACTIVITY                            .00
                           UNAVAILABLE CREDITS TODAY                   .00
                           ACCRUED INTEREST                            .00
        ( N )              NSF/OVERDRAFT ITEMS TODAY                   .00
        ( N )              UNPOSTED ITEMS TODAY                        .00
                           OVERDRAFT LIMIT                             .00
                           OD TRANSFER PROTECTION                      .00
                           MAINTAIN MIN BAL TRF PROTECTION             .00
                         AVAILABLE BALANCE FOR:
                           CHECK PAYMENT DECISIONS      136,122,322.87
                           CHECK CARD AUTHORIZATIONS                   .00
 ( N ) ADD SPECIAL INSTRUCTIONS OR MEMO POST TRANSACTIONS
VIEW SPECIAL INSTRUCTIONS-REQUEST HOLDS DETAIL.  ALTERNATE ADDRESS IN USE.
USE CKCHAC AND CKSAIN TO VIEW STANDARDS FOR CALCULATING AVAILABLE BALANCE.
```

 **Bank**

America's Most Convenient Bank®

TD Bank, N.A.
2130 Centrepark West Drive
West Palm Beach, FL 33409
T: 888 751-9000
TDBank.com



Scott W. Rothstein
401 East Las Olas Blvd.
Suite 1650
Fort Lauderdale, Florida 33301

Re: Rothstein Rosenfeldt Adler PA Trust Accounts

April 23, 2009

Dear Mr. Rothstein,

Enclosed please find balance statements for your Rothstein Rosenfeldt Adler PA Trust Accounts. As always, we appreciate your business and look forward to meeting your needs in the future!

Please feel free to contact me at any time regarding your accounts at #954-659-1299.

Sincerely,

Rosanne Caretsky
TD Bank
Assistant Vice President
Weston Store Manager
Store    954-659-1299
Fax      954-659-1323
Cell     954-822-0228

```
CKDIAV                        CK DISPLAY AVAILABLE                    BANK 0136
( FWD                                                                         )
ACCOUNT NUMBER 6860291258        BRANCH  0719  TYPE  0063 FL INTEREST CHECKING
TITLE           IOTA / ROTHSTEIN ROSENFELDT ADLER PA        STATUS  ACTIVE
DATE OPENED    05/23/08    LAST DEPOSIT DATE/AMOUNT 04/22/09       750,000.00

ENTER Y FOR DETAIL        CURRENT BALANCE                 195,089,266.13
          ( N )              TOTAL HOLDS                           .00
          ( N )              TOTAL FLOAT                           .00
          ( N )              CHECK CARD AUTHORIZATIONS             .00
          ( N )              TODAY'S ACTIVITY                      .00
                             UNAVAILABLE CREDITS TODAY             .00
                             ACCRUED INTEREST                      .00
          ( N )              NSF/OVERDRAFT ITEMS TODAY             .00
          ( N )              UNPOSTED ITEMS TODAY                  .00
                             OVERDRAFT LIMIT                       .00
                             OD TRANSFER PROTECTION                .00
                             MAINTAIN MIN BAL TRF PROTECTION       .00
                          AVAILABLE BALANCE FOR:
                             CHECK PAYMENT DECISIONS      195,089,266.13
                             CHECK CARD AUTHORIZATIONS             .00
( N ) ADD SPECIAL INSTRUCTIONS OR MEMO POST TRANSACTIONS
VIEW SPECIAL INSTRUCTIONS-REQUEST HOLDS DETAIL.  ALTERNATE ADDRESS IN USE.
USE CKCHAC AND CKSAIN TO VIEW STANDARDS FOR CALCULATING AVAILABLE BALANCE.
```

```
CKDIAV                     CK DISPLAY AVAILABLE                    BANK 0136
( FWD                                                                      )
ACCOUNT NUMBER 6860423489        BRANCH 0719  TYPE  0063 FL INTEREST CHECKING
TITLE           IOTA / ROTHSTEIN ROSENFELDT ADLER PA       STATUS  ACTIVE
DATE OPENED     05/23/08   LAST DEPOSIT DATE/AMOUNT  04/22/09      55,000.00

ENTER Y FOR DETAIL       CURRENT BALANCE              59,292,514.00
        ( N )              TOTAL HOLDS                         .00
        ( N )              TOTAL FLOAT                         .00
        ( N )              CHECK CARD AUTHORIZATIONS            .00
        ( N )              TODAY'S ACTIVITY                    .00
                           UNAVAILABLE CREDITS TODAY           .00
                           ACCRUED INTEREST                    .00
        ( N )              NSF/OVERDRAFT ITEMS TODAY           .00
        ( N )              UNPOSTED ITEMS TODAY                .00
                           OVERDRAFT LIMIT                     .00
                           OD TRANSFER PROTECTION              .00
                           MAINTAIN MIN BAL TRF PROTECTION     .00
                         AVAILABLE BALANCE FOR:
                           CHECK PAYMENT DECISIONS    59,292,514.00
                           CHECK CARD AUTHORIZATIONS           .00
( N ) ADD SPECIAL INSTRUCTIONS OR MEMO POST TRANSACTIONS
VIEW SPECIAL INSTRUCTIONS-REQUEST HOLDS DETAIL.  ALTERNATE ADDRESS IN USE.
USE CKCHAC AND CKSAIN TO VIEW STANDARDS FOR CALCULATING AVAILABLE BALANCE.
```

```
CKDIAV                      CK DISPLAY AVAILABLE                    BANK 0136
( FWD                                                                       )
ACCOUNT NUMBER 6860420923        BRANCH 0719  TYPE 0063 FL INTEREST CHECKING
TITLE         IOTA / ROTHSTEIN ROSENFELDT ADLER PA      STATUS  ACTIVE
DATE OPENED   07/02/08   LAST DEPOSIT DATE/AMOUNT  04/22/09   1,250,000.00

ENTER Y FOR DETAIL      CURRENT BALANCE                   467,471,708.68
          ( N )           TOTAL HOLDS                               .00
          ( N )           TOTAL FLOAT                               .00
          ( N )           CHECK CARD AUTHORIZATIONS                 .00
          ( N )           TODAY'S ACTIVITY                          .00
                          UNAVAILABLE CREDITS TODAY                 .00
                          ACCRUED INTEREST                          .00
          ( N )           NSF/OVERDRAFT ITEMS TODAY                 .00
          ( N )           UNPOSTED ITEMS TODAY                      .00
                          OVERDRAFT LIMIT                           .00
                          OD TRANSFER PROTECTION                    .00
                          MAINTAIN MIN BAL TRF PROTECTION           .00
                       AVAILABLE BALANCE FOR:
                          CHECK PAYMENT DECISIONS        467,471,708.68
                          CHECK CARD AUTHORIZATIONS                 .00
( N ) ADD SPECIAL INSTRUCTIONS OR MEMO POST TRANSACTIONS
VIEW SPECIAL INSTRUCTIONS-REQUEST HOLDS DETAIL.  ALTERNATE ADDRESS IN USE.
USE CKCHAC AND CKSAIN TO VIEW STANDARDS FOR CALCULATING AVAILABLE BALANCE.
```

```
CKDIAV                    CK DISPLAY AVAILABLE                      BANK 0136
( FWD                                                                      )
ACCOUNT NUMBER 6860755104      BRANCH  0719  TYPE  0063 FL INTEREST CHECKING
TITLE          IOTA / ROTHSTEIN ROSENFELDT ADLER PA      STATUS  ACTIVE
DATE OPENED    10/03/08   LAST DEPOSIT DATE/AMOUNT  04/22/09      800,000.00

ENTER Y FOR DETAIL      CURRENT BALANCE               79,039,922.99
        ( N )             TOTAL HOLDS                         .00
        ( N )             TOTAL FLOAT                         .00
        ( N )             CHECK CARD AUTHORIZATIONS           .00
        ( N )             TODAY'S ACTIVITY                    .00
                          UNAVAILABLE CREDITS TODAY           .00
                          ACCRUED INTEREST                    .00
        ( N )             NSF/OVERDRAFT ITEMS TODAY           .00
        ( N )             UNPOSTED ITEMS TODAY                .00
                          OVERDRAFT LIMIT                     .00
                          OD TRANSFER PROTECTION              .00
                          MAINTAIN MIN BAL TRF PROTECTION     .00
                        AVAILABLE BALANCE FOR:
                          CHECK PAYMENT DECISIONS       79,039,922.99
                          CHECK CARD AUTHORIZATIONS           .00
( N ) ADD SPECIAL INSTRUCTIONS OR MEMO POST TRANSACTIONS
VIEW SPECIAL INSTRUCTIONS-REQUEST HOLDS DETAIL.  ALTERNATE ADDRESS IN USE.
USE CKCHAC AND CKSAIN TO VIEW STANDARDS FOR CALCULATING AVAILABLE BALANCE.
```

```
CKDIAV                        CK DISPLAY AVAILABLE                    BANK 0136
( FWD                                                                         )
ACCOUNT NUMBER 6860699146        BRANCH  0719  TYPE  0063 FL INTEREST CHECKING
TITLE         IOTA / ROTHSTEIN ROSENFELDT ADLER PA       STATUS  ACTIVE
DATE OPENED   10/03/08   LAST DEPOSIT DATE/AMOUNT  04/22/09  -   1,300,000.00

ENTER Y FOR DETAIL    CURRENT BALANCE                  132,564,811.33
        ( N )         TOTAL HOLDS                                .00
        ( N )         TOTAL FLOAT                                .00
        ( N )         CHECK CARD AUTHORIZATIONS                  .00
        ( N )         TODAY'S ACTIVITY                           .00
                      UNAVAILABLE CREDITS TODAY                  .00
                      ACCRUED INTEREST                           .00
        ( N )         NSF/OVERDRAFT ITEMS TODAY                  .00
        ( N )         UNPOSTED ITEMS TODAY                       .00
                      OVERDRAFT LIMIT                            .00
                      OD TRANSFER PROTECTION                     .00
                      MAINTAIN MIN BAL TRF PROTECTION            .00
                      AVAILABLE BALANCE FOR:
                        CHECK PAYMENT DECISIONS        132,564,811.33
                        CHECK CARD AUTHORIZATIONS                .00
( N ) ADD SPECIAL INSTRUCTIONS OR MEMO POST TRANSACTIONS
VIEW SPECIAL INSTRUCTIONS-REQUEST HOLDS DETAIL.  ALTERNATE ADDRESS IN USE.
USE CKCHAC AND CKSAIN TO VIEW STANDARDS FOR CALCULATING AVAILABLE BALANCE.
```

 **Bank**

America's Most Convenient Bank®

TD Bank, N.A.
2130 Centrepark West Drive
West Palm Beach, FL 33409
T: 888 751-9000
TDBank.com



Scott W. Rothstein
401 East Las Olas Blvd.
Suite 1650
Fort Lauderdale, Florida 33301

Re: Rothstein Rosenfeldt Adler PA Trust Accounts

May 15, 2009

Dear Mr. Rothstein,

Enclosed please find balance statements for your Rothstein Rosenfeldt Adler PA
Trust Accounts. As always, we appreciate your business and look forward to meeting
your needs in the future!

Please feel free to contact me at any time regarding your accounts at #954-659-1299.

Sincerely,

Rosanne Caretsky
TD Bank
Assistant Vice President
Weston Store Manager
Store   954-659-1299
Fax     954-659-1323
Cell    954-822-0228

```
CKDIAV                        CK DISPLAY AVAILABLE                    BANK 0136
( FWD                                                                        )
ACCOUNT NUMBER 6860420923         BRANCH  0719  TYPE  0063 FL INTEREST CHECKING
TITLE         IOTA / ROTHSTEIN ROSENFELDT ADLER PA        STATUS ACTIVE
DATE OPENED   07/02/08   LAST DEPOSIT DATE/AMOUNT  05/14/09     750,000.00

ENTER Y FOR DETAIL       CURRENT BALANCE                   329,133,933.00
        ( N )              TOTAL HOLDS                                .00
        ( N )              TOTAL FLOAT                                .00
        ( N )              CHECK CARD AUTHORIZATIONS                  .00
        ( N )              TODAY'S ACTIVITY                           .00
                           UNAVAILABLE CREDITS TODAY                  .00
                           ACCRUED INTEREST                           .00
        ( N )              NSF/OVERDRAFT ITEMS TODAY                  .00
        ( N )              UNPOSTED ITEMS TODAY                       .00
                           OVERDRAFT LIMIT                            .00
                           OD TRANSFER PROTECTION                     .00
                           MAINTAIN MIN BAL TRF PROTECTION            .00
                        AVAILABLE BALANCE FOR:
                           CHECK PAYMENT DECISIONS        329,133,933.00
                           CHECK CARD AUTHORIZATIONS                  .00
( N ) ADD SPECIAL INSTRUCTIONS OR MEMO POST TRANSACTIONS
VIEW SPECIAL INSTRUCTIONS-REQUEST HOLDS DETAIL.  ALTERNATE ADDRESS IN USE.
USE CKCHAC AND CKSAIN TO VIEW STANDARDS FOR CALCULATING AVAILABLE BALANCE.
```

```
CKDIAV                        CK DISPLAY AVAILABLE
( FWD                                                        BANK 0136
ACCOUNT NUMBER 6860291258        BRANCH  0719  TYPE  0063 FL INTEREST CHECKING
TITLE          IOTA / ROTHSTEIN ROSENFELDT ADLER PA         STATUS  ACTIVE
DATE OPENED    05/23/08   LAST DEPOSIT DATE/AMOUNT  05/14/09       839,000.00

ENTER Y FOR DETAIL       CURRENT BALANCE                   91,555,345.66
          ( N )            TOTAL HOLDS                              .00
          ( N )            TOTAL FLOAT                              .00
          ( N )            CHECK CARD AUTHORIZATIONS                .00
          ( N )            TODAY'S ACTIVITY                         .00
                           UNAVAILABLE CREDITS TODAY                .00
                           ACCRUED INTEREST                         .00
          ( N )            NSF/OVERDRAFT ITEMS TODAY                .00
          ( N )            UNPOSTED ITEMS TODAY                     .00
                           OVERDRAFT LIMIT                          .00
                           OD TRANSFER PROTECTION                   .00
                           MAINTAIN MIN BAL TRF PROTECTION          .00
                         AVAILABLE BALANCE FOR:
                           CHECK PAYMENT DECISIONS         91,555,345.66
                           CHECK CARD AUTHORIZATIONS                .00
( N ) ADD SPECIAL INSTRUCTIONS OR MEMO POST TRANSACTIONS
VIEW SPECIAL INSTRUCTIONS-REQUEST HOLDS DETAIL.  ALTERNATE ADDRESS IN USE.
USE CKCHAC AND CKSAIN TO VIEW STANDARDS FOR CALCULATING AVAILABLE BALANCE.
```

```
CKDIAV                          CK DISPLAY AVAILABLE
( FWD                                                            BANK 0136
                                                                          ).
ACCOUNT NUMBER 6860755369          BRANCH  0719  TYPE  0063 FL INTEREST CHECKING
TITLE          IOTA / ROTHSTEIN ROSENFELDT ADLER PA      STATUS  ACTIVE
DATE OPENED    12/26/08   LAST DEPOSIT DATE/AMOUNT  05/14/09      500,000.00

ENTER Y FOR DETAIL          CURRENT BALANCE                  44,226,859.00
          ( N )               TOTAL HOLDS                              .00
          ( N )               TOTAL FLOAT                              .00
          ( N )               CHECK CARD AUTHORIZATIONS                .00
          ( N )               TODAY'S ACTIVITY                         .00
                              UNAVAILABLE CREDITS TODAY                .00
                              ACCRUED INTEREST                         .00
          ( N )               NSF/OVERDRAFT ITEMS TODAY                .00
          ( N )               UNPOSTED ITEMS TODAY                     .00
                              OVERDRAFT LIMIT                          .00
                              OD TRANSFER PROTECTION                   .00
                              MAINTAIN MIN BAL TRF PROTECTION          .00
                            AVAILABLE BALANCE FOR:
                              CHECK PAYMENT DECISIONS       44,226,859.00
                              CHECK CARD AUTHORIZATIONS            ..00
( N ) ADD SPECIAL INSTRUCTIONS OR MEMO POST TRANSACTIONS
VIEW SPECIAL INSTRUCTIONS-REQUEST HOLDS DETAIL.  ALTERNATE ADDRESS IN USE.
USE CKCHAC AND CKSAIN TO VIEW STANDARDS FOR CALCULATING AVAILABLE BALANCE.
```

 **Bank**

America's Most Convenient Bank®

TD Bank, N.A.
2130 Centrepark West Drive
West Palm Beach, FL 33409
T: 888 751-9000
TDBank.com

23

Scott W. Rothstein
401 East Las Olas Blvd.
Suite 1650
Fort Lauderdale, Florida 33301

Re: Rothstein Rosenfeldt Adler PA Trust Accounts

June 17, 2009

Dear Mr. Rothstein,

Enclosed please find balance statements for your Rothstein Rosenfeldt Adler PA
Trust Accounts. As always, we appreciate your business and look forward to meeting
your needs in the future!

Please feel free to contact me at any time regarding your accounts at #954-659-1299.

Sincerely,

*Rosanne Caretsky*

Rosanne Caretsky
TD Bank
Assistant Vice President
Weston Store Manager
Store   954-659-1299
Fax     954-659-1323
Cell    954-822-0228

```
CKDIAV                    CK DISPLAY AVAILABLE           -              BANK 0136
( FWD                                                                          )
ACCOUNT NUMBER 6860420923        BRANCH  0719  TYPE  0063 FL INTEREST CHECKING
TITLE           IOTA / ROTHSTEIN ROSENFELDT ADLER PA       STATUS  ACTIVE
DATE OPENED    07/02/08    LAST DEPOSIT DATE/AMOUNT  05/14/09      750,000.00

ENTER Y FOR DETAIL       CURRENT BALANCE                  329,133,933.00
         ( N )             TOTAL HOLDS                              .00
         ( N )             TOTAL FLOAT                              .00
         ( N )             CHECK CARD AUTHORIZATIONS                .00
         ( N )             TODAY'S ACTIVITY                         .00
                           UNAVAILABLE CREDITS TODAY                .00
                           ACCRUED INTEREST                         .00
         ( N )             NSF/OVERDRAFT ITEMS TODAY                .00
         ( N )             UNPOSTED ITEMS TODAY                     .00
                           OVERDRAFT LIMIT                          .00
                           OD TRANSFER PROTECTION                   .00
                           MAINTAIN MIN BAL TRF PROTECTION          .00
                         AVAILABLE BALANCE FOR:
                           CHECK PAYMENT DECISIONS        329,133,933.00
                           CHECK CARD AUTHORIZATIONS                .00
( N ) ADD SPECIAL INSTRUCTIONS OR MEMO POST TRANSACTIONS
VIEW SPECIAL INSTRUCTIONS-REQUEST HOLDS DETAIL.  ALTERNATE ADDRESS IN USE.
USE CKCHAC AND CKSAIN TO VIEW STANDARDS FOR CALCULATING AVAILABLE BALANCE.
```

```
CKDIAV                          CK DISPLAY AVAILABLE                    BANK 0136
( FWD                                                                         )
ACCOUNT NUMBER 6860755104        BRANCH  0719  TYPE  0063 FL INTEREST CHECKING
TITLE           IOTA / ROTHSTEIN ROSENFELDT ADLER PA      STATUS  ACTIVE
DATE OPENED      10/03/08   LAST DEPOSIT DATE/AMOUNT  05/14/09      500,000.00

ENTER Y FOR DETAIL       CURRENT BALANCE                    36,897,136.12
        ( N )              TOTAL HOLDS                                .00
        ( N )              TOTAL FLOAT                                .00
        ( N )              CHECK CARD AUTHORIZATIONS                  .00
       .( N )              TODAY'S ACTIVITY                           .00
                           UNAVAILABLE CREDITS TODAY                  .00
                           ACCRUED INTEREST                           .00
        ( N )              NSF/OVERDRAFT ITEMS TODAY                  .00
        ( N )              UNPOSTED ITEMS TODAY                       .00
                           OVERDRAFT LIMIT                            .00
                           OD TRANSFER PROTECTION                     .00
                           MAINTAIN MIN BAL TRF PROTECTION            .00
                         AVAILABLE BALANCE FOR:
                           CHECK PAYMENT DECISIONS         36,897,136.12
                           CHECK CARD AUTHORIZATIONS                  .00
( N ) ADD SPECIAL INSTRUCTIONS OR MEMO POST TRANSACTIONS
VIEW SPECIAL INSTRUCTIONS-REQUEST HOLDS DETAIL.  ALTERNATE ADDRESS IN USE.
USE CKCHAC AND CKSAIN TO VIEW STANDARDS FOR CALCULATING AVAILABLE BALANCE.
```

```
CKDIAV                       CK DISPLAY AVAILABLE                    BANK 0136
( FWD                                                                        )
ACCOUNT NUMBER 6860699146        BRANCH  0719  TYPE  0063 FL INTEREST CHECKING
TITLE          IOTA / ROTHSTEIN ROSENFELDT ADLER PA        STATUS  ACTIVE
DATE OPENED    10/03/08   LAST DEPOSIT DATE/AMOUNT  05/14/09      3,300,000.00

ENTER Y FOR DETAIL       CURRENT BALANCE              159,288,399.56
       ( N )               TOTAL HOLDS                            .00
       ( N )               TOTAL FLOAT                            .00
       ( N )               CHECK CARD AUTHORIZATIONS              .00
       ( N )               TODAY'S ACTIVITY                       .00
                           UNAVAILABLE CREDITS TODAY              .00
                           ACCRUED INTEREST                       .00
       ( N )               NSF/OVERDRAFT ITEMS TODAY              .00
       ( N )               UNPOSTED ITEMS TODAY                   .00
                           OVERDRAFT LIMIT                        .00
                           OD TRANSFER PROTECTION                 .00
                           MAINTAIN MIN BAL TRF PROTECTION        .00
                         AVAILABLE BALANCE FOR:
                           CHECK PAYMENT DECISIONS      159,288,399.56
                           CHECK CARD AUTHORIZATIONS              .00
( N ) ADD SPECIAL INSTRUCTIONS OR MEMO POST TRANSACTIONS
VIEW SPECIAL INSTRUCTIONS-REQUEST HOLDS DETAIL.  ALTERNATE ADDRESS IN USE.
USE CKCHAC AND CKSAIN TO VIEW STANDARDS FOR CALCULATING AVAILABLE BALANCE.
```

```
CKDIAV                        CK DISPLAY AVAILABLE                    BANK 0136
( FWD                                                                         )
ACCOUNT NUMBER 6860755344        BRANCH  0719  TYPE  0063 FL INTEREST CHECKING
TITLE          IOTA / ROTHSTEIN ROSENFELDT ADLER PA        STATUS  ACTIVE
DATE OPENED    12/02/08   LAST DEPOSIT DATE/AMOUNT  05/07/09      3,700,000.00

ENTER Y FOR DETAIL        CURRENT BALANCE                    10,458,221.64
          ( N )            TOTAL HOLDS                                 .00
          ( N )            TOTAL FLOAT                                 .00
          ( N )            CHECK CARD AUTHORIZATIONS                   .00
          ( N )            TODAY'S ACTIVITY                            .00
                           UNAVAILABLE CREDITS TODAY                   .00
                           ACCRUED INTEREST                            .00
          ( N )            NSF/OVERDRAFT ITEMS TODAY                   .00
          ( N )            UNPOSTED ITEMS TODAY                        .00
                           OVERDRAFT LIMIT                             .00
                           OD TRANSFER PROTECTION                      .00
                           MAINTAIN MIN BAL TRF PROTECTION             .00
                         AVAILABLE BALANCE FOR:
                           CHECK PAYMENT DECISIONS          10,458,221.64
                           CHECK CARD AUTHORIZATIONS                   .00
( N ) ADD SPECIAL INSTRUCTIONS OR MEMO POST TRANSACTIONS
VIEW SPECIAL INSTRUCTIONS-REQUEST HOLDS DETAIL.  ALTERNATE ADDRESS IN USE.
USE CKCHAC AND CKSAIN TO VIEW STANDARDS FOR CALCULATING AVAILABLE BALANCE.
```

```
CKDIAV
( FWD                          CK DISPLAY AVAILABLE
                                                                    BANK 0136
ACCOUNT NUMBER 6860423489        BRANCH  0719  TYPE  0063 FL INTEREST CHECKING
TITLE          IOTA / ROTHSTEIN ROSENFELDT ADLER PA        STATUS  ACTIVE
DATE OPENED    05/23/08   LAST DEPOSIT DATE/AMOUNT  04/22/09        55,000.00

ENTER Y FOR DETAIL       CURRENT BALANCE
        ( N )              TOTAL HOLDS                              .00
        ( N )              TOTAL FLOAT                              .00
        ( N )              CHECK CARD AUTHORIZATIONS                .00
        ( N )              TODAY'S ACTIVITY                         .00
                           UNAVAILABLE CREDITS TODAY               .00
                           ACCRUED INTEREST                        .00
        ( N )              NSF/OVERDRAFT ITEMS TODAY               .00
        ( N )              UNPOSTED ITEMS TODAY                     .00
                           OVERDRAFT LIMIT                         .00
                           OD TRANSFER PROTECTION                  .00
                           MAINTAIN MIN BAL TRF PROTECTION         .00
                         AVAILABLE BALANCE FOR:
                           CHECK PAYMENT DECISIONS                 .00
                           CHECK CARD AUTHORIZATIONS               .00
( N ) ADD SPECIAL INSTRUCTIONS OR MEMO POST TRANSACTIONS
VIEW SPECIAL INSTRUCTIONS-REQUEST HOLDS DETAIL.  ALTERNATE ADDRESS IN USE.
USE CKCHAC AND CKSAIN TO VIEW STANDARDS FOR CALCULATING AVAILABLE BALANCE.
```



**TD Bank**

America's Most Convenient Bank®

Scott W. Rothstein
401 East Las Olas Blvd.
Suite 1650
Fort Lauderdale, Florida 33301

Re:  Rothstein Rosenfeldt Adler PA Trust Accounts

July 13, 2009

Dear Mr. Rothstein,

Enclosed please find balance statements for your Rothstein Rosenfeldt Adler PA
Trust Accounts.  As always, we appreciate your business and look forward to meeting
your needs in the future!

Please feel free to contact me at any time regarding your accounts at #954-659-1299.

Sincerely,

Jennifer Kerstetter
TD Bank
Weston Store Assistant Manager
Store   954-659-1299
Fax     954-659-1323
Cell    954-822-0228



EXHIBIT
M

```
CKDIAV                        CK DISPLAY AVAILABLE                    BANK 0136
( FWD                                                                         )
ACCOUNT NUMBER 6861077193        BRANCH  0719  TYPE  0063 FL INTEREST CHECKING
TITLE              IOTA / ROTHSTEIN ROSENFELDT ADLER PA        STATUS  ACTIVE
      2 OPENED     07/10/09  LAST DEPOSIT DATE/AMOUNT  07/10/09   14,286,000.00


ENTER Y FOR DETAIL        CURRENT BALANCE                       14,286,000.00
         ( N )             TOTAL HOLDS                                   .00
         ( N )             TOTAL FLOAT                                   .00
         ( N )             CHECK CARD AUTHORIZATIONS                     .00
         ( N )             TODAY'S ACTIVITY                              .00
                          UNAVAILABLE CREDITS TODAY                      .00
                          ACCRUED INTEREST                               .00
         ( N )             NSF/OVERDRAFT ITEMS TODAY                     .00
         ( N )             UNPOSTED ITEMS TODAY                          .00
                          OVERDRAFT LIMIT                                .00
                          OD TRANSFER PROTECTION                         .00
                          MAINTAIN MIN BAL TRF PROTECTION                .00
                          AVAILABLE BALANCE FOR:
                           CHECK PAYMENT DECISIONS            14,286,000.00
                           CHECK CARD AUTHORIZATIONS                     .00
( N ) ADD SPECIAL INSTRUCTIONS OR MEMO POST TRANSACTIONS
VIEW SPECIAL INSTRUCTIONS-REQUEST HOLDS DETAIL.  ALTERNATE ADDRESS IN USE.
USE CKCHAC AND CKSAIN TO VIEW STANDARDS FOR CALCULATING AVAILABLE BALANCE.
```



**Bank**

America's Most Convenient Bank®

Scott W. Rothstein
401 East Las Olas Blvd.
Suite 1650
Fort Lauderdale, Florida 33301

Re: Rothstein Rosenfeldt Adler PA Trust Accounts

September 11, 2009

Dear Mr. Rothstein,

Enclosed please find balance statements for your Rothstein Rosenfeldt Adler PA-EC Trust Account Number 6861011622. As always, we appreciate your business and look forward to meeting your needs in the future!

Please feel free to contact me at any time regarding your accounts at #954-659-1299.

Sincerely,

Rosanne Caretsky
TD Bank, America's Most Convenient Bank
Assistant Vice President
Weston Store Manager
Store    954-659-1299
Fax      954-659-1323
Cell     954-822-0228

```
CKDIAV                           CK DISPLAY AVAILABLE
( FWD
ACCOUNT NUMBER 6861011622                                          BANK 0136
TITLE          IOTA / ROTHSTEIN ROSENFELDT ADLER PA                          )
                                 BRANCH  0719  TYPE  0063 PL INTEREST CHECKING
DATE OPENED    09/09/09   LAST DEPOSIT DATE/AMOUNT   09/09/09  STATUS  ACTIVE
                                                              20,000,000.00

ENTER Y FOR DETAIL       CURRENT BALANCE
      ( N )              TOTAL HOLDS                       20,000,000.00
      ( N )              TOTAL FLOAT                       20,000,000.00
      ( N )              CHECK CARD AUTHORIZATIONS                  .00
      ( N )              TODAY'S ACTIVITY                          .00
                         UNAVAILABLE CREDITS TODAY                 .00
     ( N )               ACCRUED INTEREST                          .00
     ( N )               NSF/OVERDRAFT ITEMS TODAY                 .00
                         UNPOSTED ITEMS TODAY                      .00
                         OVERDRAFT LIMIT                           .00
                         OD TRANSFER PROTECTION                    .00
                         MAINTAIN MIN BAL TRF PROTECTION           .00
                         AVAILABLE BALANCE FOR:
                           CHECK PAYMENT DECISIONS                 .00
                           CHECK CARD AUTHORIZATIONS               .00
( N ) ADD SPECIAL INSTRUCTIONS OR MEMO POST TRANSACTIONS
VIEW SPECIAL INSTRUCTIONS-REQUEST HOLDS DETAIL.  ALTERNATE ADDRESS IN USE.
USE CKCHAC AND CKSAIN TO VIEW STANDARDS FOR CALCULATING AVAILABLE BALANCE.
```



**Bank**

America's Most Convenient Bank®

Scott W. Rothstein
401 East Las Olas Blvd.
Suite 1650
Fort Lauderdale, Florida 33301

Re:  Rothstein Rosenfeldt Adler PA Trust Accounts

September 11, 2009

Dear Mr. Rothstein,

In response to your inquiry, please note that once the funds are placed into the Treasury Direct Wire queue they are no longer considered available funds by TD bank since you have designated them in the system for a wire.

As always, we appreciate your business and look forward to meeting your needs in the future!

Please feel free to contact me at any time regarding your accounts @954-559-1299.

Sincerely,

Rosanne Caretsky
TD Bank, America's Most Convenient Bank
Assistant Vice President
Weston Store Manager
Store    954-559-1299
Fax      954-559-1323
Cell     954-822-0228

 **Bank**

America's Most Convenient Bank®

Scott W. Rothstein
401 East Las Olas Blvd.
Suite 1650
Fort Lauderdale, Florida 33301

Re: Rothstein Rosenfeldt Adler PA Trust Accounts

September 15, 2009

Dear Mr. Rothstein,

Enclosed please find balance statements for your Rothstein Rosenfeldt Adler PA-EC Trust Account Number 6861011622. As always, we appreciate your business and look forward to meeting your needs in the future!

Please feel free to contact me at any time regarding your accounts at #954-659-1299.

Sincerely,

Ricardo Mejia
TD Bank, America's Most Convenient Bank
Store Supervisor
Weston South Store
Store   954-659-1299
Fax     954-659-1323
Cell    954-822-0228

```
CKDIAV                          CK DISPLAY AVAILABLE
( FWD                                                          BANK 0136
                                                                        )
ACCOUNT NUMBER 6861011622          BRANCH  0719  TYPE  0063 FL INTEREST CHECKING
TITLE          IOTA / ROTHSTEIN ROSENFELDT ADLER PA  :  STATUS  ACTIVE
DATE OPENED    09/09/09   LAST DEPOSIT DATE/AMOUNT  09/15/09    20,000,000.00


ENTER Y FOR DETAIL       CURRENT BALANCE                    40,000,000.00
       ( N )             TOTAL HOLDS                         20,000,000.00
       ( N )             TOTAL FLOAT                                  .00
       ( N )             CHECK CARD AUTHORIZATIONS                    .00
       ( N )             TODAY'S ACTIVITY                             .00
                         UNAVAILABLE CREDITS TODAY                    .00
                         ACCRUED INTEREST                             .00
     ( N )               NSF/OVERDRAFT ITEMS TODAY                    .00
     ( N )               UNPOSTED ITEMS TODAY                         .00
                         OVERDRAFT LIMIT                              .00
                         OD TRANSFER PROTECTION                       .00
                         MAINTAIN MIN BAL TRF PROTECTION              .00
                         AVAILABLE BALANCE FOR:
                           CHECK PAYMENT DECISIONS          20,000,000.00
                           CHECK CARD AUTHORIZATIONS                  .00
( N ) ADD SPECIAL INSTRUCTIONS OR MEMO POST TRANSACTIONS
VIEW SPECIAL INSTRUCTIONS-REQUEST HOLDS DETAIL.  ALTERNATE ADDRESS IN USE.
USE CKCHAC AND CXSAIN TO VIEW STANDARDS FOR CALCULATING AVAILABLE BALANCE.
```



**Bank**

America's Most Convenient Bank®

Scott W. Rothstein
401 East Las Olas Blvd.
Suite 1650
Fort Lauderdale, Florida 33301

Re: Rothstein Rosenfeldt Adler PA Trust Accounts

September 17, 2009

Dear Mr. Rothstein,

Enclosed please find balance statements for your Rothstein Rosenfeldt Adler PA-EC Trust Account Number 6861011622. As always, we appreciate your business and look forward to meeting your needs in the future!

Please feel free to contact me at any time regarding your accounts at #954-659-1299.

Sincerely,

Matthew Brennan
TD Bank, America's Most Convenient Bank
Assistant Store Manager
Weston South Store
Store   954-659-1299
Fax     954-659-1323
Cell    386-846-4482

```
CKDIAV                         CK DISPLAY AVAILABLE
( FWD                                                              BANK 0136
                                                                          )
ACCOUNT NUMBER 6861011622        BRANCH  0719  TYPE  0063 FL INTEREST CHECKING
TITLE         IOTA / ROTHSTEIN ROSENFELDT ADLER PA        STATUS  ACTIVE
DATE OPENED    09/09/09   LAST DEPOSIT DATE/AMOUNT  09/17/09   20,000,000.00


ENTER Y FOR DETAIL       CURRENT BALANCE                    60,000,000.00
        ( N )              TOTAL HOLDS                      60,000,000.00
        ( N )              TOTAL FLOAT                               .00
        ( N )              CHECK CARD AUTHORIZATIONS                 .00
        ( N )              TODAY'S ACTIVITY                          .00
                           UNAVAILABLE CREDITS TODAY                 .00
                           ACCRUED INTEREST                          .00
        ( N )              NSF/OVERDRAFT ITEMS TODAY                 .00
        ( N )              UNPOSTED ITEMS TODAY                      .00
                           OVERDRAFT LIMIT                           .00
                           OD TRANSFER PROTECTION                    .00
                           MAINTAIN MIN BAL TRF PROTECTION           .00
                         AVAILABLE BALANCE FOR:
                             CHECK PAYMENT DECISIONS                 .00
                             CHECK CARD AUTHORIZATIONS               .00
( N ) ADD SPECIAL INSTRUCTIONS OR MEMO POST TRANSACTIONS
. VIEW SPECIAL INSTRUCTIONS-REQUEST HOLDS DETAIL.  ALTERNATE ADDRESS IN USE.
USE CKCHAC AND CKSAIN TO VIEW STANDARDS FOR CALCULATING AVAILABLE BALANCE.
```



**TD Bank**

America's Most Convenient Bank®

TD Bank, N.A.
5900 North Andrews Avenue
2nd Floor
Fort Lauderdale, FL 33309
TDBank.com

September 18, 2009

Rothstein, Rosenfeldt, Adler
Attorneys at Law
401 East Las Olas Blvd. Ste 1650
Fort Lauderdale, Florida 33301

Re:  Account No. 6861011622
     RRA EC

Dear Mr. Rothstein,

In response to your request for information regarding your Rothstein Rosenfeldt Adler, PA–EC Trust Account Number 6861011622 , the balance in the account as of the writing of this letter is Sixty Million Dollars and No Cents ($60,000,000.00). As always, we appreciate your business and look forward to meeting your needs in the future!

Please feel free to contact me at any time regarding your accounts at #954-233-2035.

Sincerely,

Frank Spinosa
Regional Vice President
T: 954-233-2035   F:  954-233-2044
Frank.Spinosa@yesbank.com

Wednesday, November 11, 2009 9:50 AM

**Subject: FW: From TD Bank**
**Date:** Thursday, October 15, 2009 10:51 AM
**From:** Scott Rothstein <srothstein@rra-law.com>
    Aj Discala <aj@clockworkcap.com>, Christopher Podaras <chris@clockworkcap.com>
**Cc:** Frank Preve <Fpreve@aol.com>, Scott Rothstein <srothstein@rra-law.com>

Gents.....attached is the TD bank statement that I received from Frank Spinosa. If u follow the email trail from the bottom you can see that this was scanned in at td bank in pdf format and sent to me. you will also note that once again someone has contacted TD in an effort to illegally obtain info regarding my trust accounts. Please make certain this is not one of your funding sources. I do not need this headache and neither do you.
Take care,
Scott

. . . .

IRS Circular 230 Disclosure: Please note that the views expressed herein or in any attachments hereto are not intended to constitute a "reliance opinion" under applicable Treasury Regulations, and accordingly are not intended or written to be used, and may not be used or relied upon, for the purpose of (i) avoiding tax-related penalties that may be imposed by the Internal Revenue Service, or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.
NOTICE: THE INFORMATION CONTAINED IN THIS TRANSMISSION IS ATTORNEY PRIVILEGED AND CONFIDENTIAL. IT IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPY OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE COLLECT AND DELETE THE MATERIAL FROM ANY COMPUTER. THANK YOU.

-----Original Message-----
**From:** Frank A Spinosa [mailto:Frank.Spinosa@yesbank.com]
**Sent:** Thursday, October 15, 2009 9:13 AM
**To:** Scott Rothstein
**Subject:** Fw: From TD Bank

Dear Scott,
As per your request, attached is the most recent bank statement from your RRA Trust account 4246051629.
You should also know that someone tried to contact me again to obtain bank information about your firm's trust accounts. I advised that I could not release same as the person was not authorized to obtain such information and cautioned this person as to gravity of what he was attempting. I will forward the persons name to you later today and we can discuss how to handle. My secretary has it but left for an appt. You should caution the people you are doing business with that such an act is a crime and that TD will prosecute same. We take such actions very seriously as I am certain you do as well.
Should you require anything further, please feel free to call.
Thanks for your continued trust and confidence in TD.

Frank Spinosa
TD Bank, America's Most Convenient Bank



EXHIBIT
AA



**TD Bank**

America's Most Convenient Bank®

**TD Bank, N.A.**
5900 North Andrews Avenue
2nd Floor
Fort Lauderdale, FL 33309
TDBank.com

October 15, 2009

Rothstein, Rosenfeldt, Adler
Attorneys at Law
401 East Las Olas Blvd. Ste 1650
Fort Lauderdale, Florida 33301

Dear Mr. Rothstein:

As per your request, attached please find a copy of the bank statement you requested on your
trust account number 4246051629.  Should you require anything further, please let me know.

Thank you for your continued trust and confidence in TD.

Sincerely,

Frank Spinosa
Regional Vice President
T: 954-233-2035   F:  954-233-2044
Frank.Spinosa@yesbank.com

```
CKDIAV                        CK DISPLAY AVAILABLE
( FWD                                                         BANK 0136
                                                                     )
ACCOUNT NUMBER 4246051629        BRANCH  0719  TYPE  0063 FL INTEREST CHECKING
:TITLE          IOTA / ROTHSTEIN ROSENFELDT ADLER PA       STATUS  ACTIVE
DATE OPENED    10/14/09   LAST DEPOSIT DATE/AMOUNT  10/14/09    34,000,000.00

ENTER Y FOR DETAIL      CURRENT BALANCE                  64,000,000.00
        ( N )            TOTAL HOLDS                              .00
        ( N )            TOTAL FLOAT                              .00
        ( N )            CHECK CARD AUTHORIZATIONS                .00
        ( N )            TODAY'S ACTIVITY                         .00
                         UNAVAILABLE CREDITS TODAY                .00
                         ACCRUED INTEREST                         .00
        ( N )            NSF/OVERDRAFT ITEMS TODAY                .00
        ( N )            UNPOSTED ITEMS TODAY                     .00
                         OVERDRAFT LIMIT                          .00
                         OD TRANSFER PROTECTION                   .00
                         MAINTAIN MIN BAL TRF PROTECTION          .00
                      AVAILABLE BALANCE FOR:
                         CHECK PAYMENT DECISIONS         64,000,000.00
                         CHECK CARD AUTHORIZATIONS             ...00.
( N ) ADD SPECIAL INSTRUCTIONS OR MEMO POST TRANSACTIONS
VIEW SPECIAL INSTRUCTIONS-REQUEST HOLDS DETAIL.  ALTERNATE ADDRESS IN USE.
USE CKCHAC AND CKSAIN TO VIEW STANDARDS FOR CALCULATING AVAILABLE BALANCE.
```



**Bank**

America's Most Convenient Bank®

Scott W. Rothstein
401 East Las Olas Blvd.
Suite 1650
Fort Lauderdale, Florida 33301

Re:  Rothstein Rosenfeldt Adler PA Trust Account

October 15, 2009

Dear Mr. Rothstein,

Enclosed please find balance statement for your Rothstein Rosenfeldt Adler PA-D3 Trust Account Number 4246051629.  As always, we appreciate your business and look forward to meeting your needs in the future!

Please feel free to contact me at any time regarding your accounts at #954-356-9357.

Sincerely,

Jennifer Kerstetter
Assistant Manager
Ft. Lauderdale Store
TD Bank, America's Most Convenient Bank
Store   954-356-9357
Fax     954-524-2534



EXHIBIT
AA-1

```
CKDIAV                    CK DISPLAY AVAILABLE                   BANK 0136
( FRD                                                                   )
ACCOUNT NUMBER 4246053629       BRANCH  0719  TYPE  0063 FL INTEREST CHECKING
TITLE         IOTA / ROTHSTEIN ROSENFELDT ADLER PA      STATUS  ACTIVE
DATE OPENED   10/14/09   LAST DEPOSIT DATE/AMOUNT  10/14/09   34,000,000.00

ENTER Y FOR DETAIL       CURRENT BALANCE                 64,000,000.00
         ( N )              TOTAL HOLDS                            .00
         ( N )              TOTAL FLOAT                            .00
         ( N )              CHECK CARD AUTHORIZATIONS              .00
         ( N )              TODAY'S ACTIVITY                       .00
                           UNAVAILABLE CREDITS TODAY              .00
                           ACCRUED INTEREST                       .00
         ( N )              NSF/OVERDRAFT ITEMS TODAY              .00
         ( N )              UNPOSTED ITEMS TODAY                   .00
                           OVERDRAFT LIMIT                        .00
                           OD TRANSFER PROTECTION                 .00
                           MAINTAIN MIN BAL TRP PROTECTION        .00
                        AVAILABLE BALANCE FOR:
                           CHECK PAYMENT DECISIONS       64,000,000.00
                           CHECK CARD AUTHORIZATIONS              .00
( N ) ADD SPECIAL INSTRUCTIONS OR MEMO POST TRANSACTIONS
VIEW SPECIAL INSTRUCTIONS-REQUEST HOLDS DETAIL.  ALTERNATE ADDRESS IN USE.
USE CKCHAC AND CKSAIN TO VIEW STANDARDS FOR CALCULATING AVAILABLE BALANCE.
```

 **Bank**

America's Most Convenient Bank®

TD Bank, N.A.
5900 North Andrews Avenue
2nd Floor
Fort Lauderdale, FL 33309
TDBank.com

October 16, 2009

Rothstein, Rosenfeldt, Adler
Attorneys at Law
401 East Las Olas Blvd. Ste 1650
Fort Lauderdale, Florida 33301

Dear Mr. Rothstein:

Dear Mr. Rothstein,

As per your request, please be advised that the balance in the RRA trust account known as RRA-EC, account number 6861011622 is currently Ninety Six Million Dollars and No Cents ($96,000,000.00).

As you know and as we spoke about this morning, we can not have any further problems with this account. Please govern yourself accordingly and advise your client as to same. He seems like a nice gentleman but he must maintain control over those that work for him.

Sincerely,

Frank Spinosa
Regional Vice President
T: 954-233-2035   F: 954-233-2044
Frank.Spinosa@yesbank.com

 **Bank**

America's Most Convenient Bank®

TD Bank, N.A.
2130 Centrepark West Drive
West Palm Beach, FL 33409
T: 888 751-9000
TDBank.com

Scott W. Rothstein
401 East Las Olas Blvd.
Suite 1650
Fort Lauderdale, Florida 33301

Re: Rothstein Rosenfeldt Adler PA Trust Accounts

September 8, 2009

Dear Mr. Rothstein,

Enclosed please find balance statement for your Rothstein Rosenfeldt Adler PA account ending 3489 that is being held for the Morse matter. As always, we appreciate your business and look forward to meeting your needs in the future!

Please feel free to contact me at any time regarding your accounts at #954-659-1299.

Sincerely,

Rosanne Caretsky
TD Bank, America's Most Convenient Bank
Assistant Vice President
Weston Store Manager
Store   954-659-1299
Fax    954-659-1323
Cell    954-822-0228



EXHIBIT
67

```
CXDIAV                    CK DISPLAY AVAILABLE                    BANK 0136
( FWD                                                                     )
ACCOUNT NUMBER 68660423489      BRANCH  0719  TYPE  0063 FL INTEREST CHECKING
TITLE        IOTA / ROTHSTEIN ROSENFELDT ADLER PA        STATUS ACTIVE
DATE OPENED    05/23/08    LAST DEPOSIT DATE/AMOUNT  04/24/09    4,113,353.00

ENTER Y FOR DETAIL      CURRENT BALANCE                 57,982,110.00
         ( N )              TOTAL HOLDS                          .00
         ( N )              TOTAL FLOAT                          .00
         ( N )              CHECK CARD AUTHORIZATIONS            .00
         ( N )              TODAY'S ACTIVITY                     .00
                            UNAVAILABLE CREDITS TODAY            .00
                            ACCRUED INTEREST                     .00
         ( N )              NSF/OVERDRAFT ITEMS TODAY            .00
         ( N )              UNPOSTED ITEMS TODAY                 .00
                            OVERDRAFT LIMIT                      .00
                            OD TRANSFER PROTECTION               .00
                            MAINTAIN MIN BAL TRF PROTECTION      .00
                       AVAILABLE BALANCE FOR:
                            CHECK PAYMENT DECISIONS      57,982,110.00
                            CHECK CARD AUTHORIZATIONS            .00
( N ) ADD SPECIAL INSTRUCTIONS OR MEMO POST TRANSACTIONS
VIEW SPECIAL INSTRUCTIONS-REQUEST HOLDS DETAIL.  ALTERNATE ADDRESS IN USE.
USE CKCHAC AND CKSAIN TO VIEW STANDARDS FOR CALCULATING AVAILABLE BALANCE.
```