# Exhibit 13

*Coquina Investments v. Rothstein and TD Bank*
Case No. 10-60786-Civ-Cooke/Bandstra
Page -1-

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-60786-Civ-COOKE/BANDSTRA

COQUINA INVESTMENTS,

    Plaintiff,

vs.

SCOTT W. ROTHSTEIN and
TD BANK, N.A.

    Defendants.
_____/

## DECLARATION OF DAVID S. MANDEL IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

STATE OF FLORIDA     )
    )
COUNTY OF MIAMI-DADE     )

DAVID S. MANDEL deposes and says as follows:

1. I am over the age of eighteen (18) and am a resident of Miami-Dade County, Florida. I have personal knowledge of the matters set forth in this declaration.

2. I am a partner in the law firm of Mandel & Mandel LLP. Mandel & Mandel LLP represents Plaintiff Coquina Investments in this action.

3. During the course of the discovery process, counsel for Defendant TD Bank produced documents in response to discovery requests. On April 3, 2011, TD Bank produced documents to Plaintiff. Included in this production was a document showing an email exchange dated 8/17/2009

*Coquina Investments v. Rothstein and TD Bank*
Case No. 10-60786-Civ-Cooke/Bandstra
Page -2-

between Frank Spinosa, former Regional Vice President of TD Bank, and Defendant Scott Rothstein; the email is marked Bates # TDBank Gen 006707. The subject of the email is "Re: for telephone call." In the email, Rothstein gave Spinosa a list of questions that Rothstein planned to ask Spinosa during an upcoming telephone conversation regarding RRA Coquina 11 trust account at TD Bank. Rothstein told Spinosa to "just answer yes to all the questions and we are done." In a second email printed on the same page, Spinosa replied, ""No problem." That email is attached to this Affidavit as Exhibit A and is referenced in Coquina's Motion for Summary Judgment and Statement of Material Facts.

4. On April 8, 2009, during the deposition of TD Bank 30(b)(6) corporate representative Carlos Di Toro, TD Bank produced approximately 150 pages of fraud alerts, TD Coquina 004439 to 4593.

FURTHER DECLARANT SAYETH NAUGHT.

## DECLARATION

Under penalties of perjury, I, DAVID S. MANDEL, declare that I have read the foregoing Declaration of David S. Mandel in Support of Plaintiff Coquina's Motion for Partial Summary Judgment in the case *Coquina Investments v. Rothstein and TD Bank, N.A.*, Case No. 10-60786-Civ-Cooke Bandstra, and that the facts stated in it are true to the best of my knowledge and belief.

_____
DAVID S. MANDEL

Dated: 5/11/11