# Exhibit A

| | | |
|---|---|---|
| Frank A Spinosa/Commerce Bank<br>08/17/2009 11:50 AM | To | "Mr. Scott Rothstein" <srothstein@rra-law.com> |
| | cc | |
| | bcc | LegatoBCC@yesbank.com |
| | Subject | Re: for telephone call |

No problem

Scott Rothstein

----- Original Message -----
From: Scott Rothstein [srothstein@rra-law.com]
Sent: 08/17/2009 11:48 AM AST
To: Frank Spinosa
Subject: for telephone call

Hey frank,

The following is the list of questions I am going to ask you:

Did you receive my letter of this date requesting an irrevocable disbursement instruction on the new coquina account?

And that is on account number 6861011614 titled RRA Coquina 11 trust account

And has the irrevocable restriction been placed on the account as set forth in my letter—permitting disbursement to Coquina Investments only.

And did you sign that letter and email it back to me.

That's it.....just answer yes to all the questions and we are done.

Thanks again,

Appreciate all the kind assistance.

Scott

CONFIDENTIAL

TDBANK GEN 006707